Nate L. Dilger (Bar No. 196203)
ndilger@onellp.com
Joseph K. Liu (Bar No. 216227)
jliu@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

William J. O'Brien (Bar No. 99526)
wobrien@onellp.com
**ONE LLP**
301 Arizona Avenue, Suite 250
Santa Monica, California 90401
Telephone: (310) 866-5158
Facsimile: (310) 943- 2085

Attorneys for Plaintiff,
BlueCat Networks (USA) Inc.

FILED
2011 SEP 28 PM 3:36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLUECAT NETWORKS (USA) INC.<br><br>Plaintiff,<br><br>v.<br><br>INFOBLOX, INC.,<br><br>Defendant. | Case No. **CV11-08059 JAK (AGRx)**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT, INJUNCTION AND DAMAGES**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, BlueCat Networks (USA) Inc., alleges:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 1338(a) because this case arises under the patent laws of the United States (35 U.S.C. §§ 271 and 281). BlueCat sues Infoblox for infringing BlueCat's U.S. Patents Nos. 6,427,163; 7,412,479; 7,870,234; and 7,870,235.

2. Infoblox has voluntarily submitted to the jurisdiction of the United States District Court for the Central District of California as a result of initiating a related action in this Court. Infoblox is subject to personal jurisdiction in the United States District Court for the Central District of California for the purposes of BlueCat's claims.

3. Venue is proper in the United States District Court for the Central District of California under 28 U.S.C. §§ 1391 (b) and (c) and 1400(b) because Infoblox is subject to personal jurisdiction in this district and because of the related action in this Court initiated by Infoblox. On information and belief, Infoblox transacts business related to its infringing Trinzic and NIOS products and services, including the sale of such products and services, within this district.

## FACTUAL BACKGROUND

### The Parties and Their Products

4. Plaintiff BlueCat Networks (USA) Inc. is a Delaware corporation with its principal place of business at 4101 Yonge Street, Suite 502, Toronto, Ontario, Canada.

5. Defendant Infoblox, Inc. is a Delaware corporation with its principal place of business at 4750 Patrick Henry Drive, Santa Clara, California.

6. Both BlueCat and Infoblox provide products to help companies manage the IP addresses of their network computing devices, such as their servers, computers, and smart phones. These products are generally known in the industry as Internet

Protocol Address Management ("IPAM") systems. BlueCat and Infoblox provide IPAM systems to organizations that want to create a private and secure Internet-type network. Over the past several years, based primarily on technological leadership and superior customer support, BlueCat has been gaining increasing acceptance with customers for its innovative products.

7. BlueCat would prefer to compete with Infoblox by continuing to offer superior products and services, without accumulating or asserting patents. However, Infoblox has chosen to obtain patents and to sue BlueCat for allegedly infringing them. On December 27, 2010, Infoblox filed suit against BlueCat in this district (Case No. 8-10-cv-01962), claiming that BlueCat's IPAM systems infringe a patent that Infoblox obtained in October 2010 (U.S. Patent No. 7,814,180). On February 18, 2011, Infoblox filed an amended complaint adding three more patents, two of which had recently been issued and one of which Infoblox had recently purchased (U.S. Patents Nos. 6,374,295; 7,865,617; and 7,889,676).

8. In response, BlueCat counterclaimed against Infoblox for infringing two BlueCat patents (U.S. Patents Nos. 6,532,217 and 6,098,098). In addition, BlueCat has recently acquired an additional four patents, U.S. Patents Nos. 6,427,163; 7,412,479; 7,870,234; and 7,870,235. Infoblox is clearly infringing all four of these patents as well.

**BlueCat's Patents in Suit**

9. BlueCat's newly-acquired '163, '479, '234, and '235 Patents describe and claim important technology invented by personnel of International Business Machines Corporation (IBM) for maintaining highly available and highly scalable multiprocessor networks. Each of the '163, '479, '234, and '235 Patents is entitled "Highly Scalable and Highly Available Cluster System Management Scheme." Each names as inventors James W. Arendt, Ching-Yun Chao, and Ausgusto Mancisidor.

- The '163 Patent (Exhibit A) was issued on July 30, 2002, from an

application filed July 10, 1998.

- The ’479 Patent (Exhibit B) was issued on August 12, 2008, and claims priority of the filing date of the ’163 Patent, July 10, 1998.
- The ’234 Patent (Exhibit C) was issued on January 11, 2011, and also claims priority of the July 10, 1998, filing date of the ’163 Patent.
- The ’235 Patent (Exhibit D) was also issued on January 11, 2011. It too claims priority of the July 10, 1998, filing date of the ’163 Patent.

10. The technology of the ’163, ’479, ’234, and ’235 Patents has important applications to IPAM and related services. The stability of corporate computer networks is of tremendous importance, and the availability of a network’s IPAM and related services is key to the stability of the network as a whole. To maintain such availability, network configuration data can be distributed to multiple servers, thereby minimizing the impact on the network if any particular component fails. However, the cost associated with full replication of network configuration data on every server can be very high. The technology of the ’163, ’479, ’234, and ’235 Patents permits certain network configuration data to be partially replicated, reducing costs and providing scalability while maintaining high availability.

**Infoblox’s Infringing Products**

11. Infoblox’s infringing products and services include, without limitation, the appliances, software, products, and services that it has offered under the names “Trinzic” and “NIOS.” These appliances, software, products, and services have infringed, and are infringing, each of BlueCat’s ’163, ’479, ’234, and ’235 Patents, as will be alleged in detail below.[1]

12. Until recently, Infoblox designated its IPAM appliances, software,

[1] All of the descriptions of Infoblox’s infringement in this complaint are examples only. None of the allegations of this complaint limit in any way the patent claims that are infringed, the products or methods that infringe them, or the ways in which any particular claim limitation may be satisfied by an infringing product or method.

products, and services as "NIOS." All such Infoblox appliances, software, products, and services – including, without limitation, all "vNIOS virtual appliances" – are referred to collectively in this complaint as "NIOS." Infoblox described NIOS as providing "Integrated DNS, DHCP and IP Address Management." On information and belief, Infoblox continues to make, use, offer, sell, or support some or all versions of NIOS appliances, software, products, and services.

13. A critical feature of NIOS is its use of what Infoblox calls "Grid" technology (also called the "High Availability Infoblox Grid") to manage the configuration of multiple computer servers. Infoblox's website emphasizes the importance and benefits of the Grid, which it describes as follows:

> For medium and large organizations that want to scale, secure and make their network services highly available, the Infoblox Grid is an elegant and powerful solution that ensures network reliability through unique, patented technology. The Infoblox Grid provides resilient network services, failover, recovery and seamless maintenance for an Infoblox deployment inside a single building, across a networked campus or between remote locations near and far. By establishing a distributed relationship between individual or paired appliances, the Infoblox Grid removes single points of failure and other operational risks inherent in legacy DNS, DHCP and IP Address Management infrastructure.

14. As will be detailed below, Infoblox's Grid infringes BlueCat's '163, '479, '234, and '235 Patents.

15. Recently, Infoblox has begun using the new trademark "Trinzic" to designate its IPAM appliances, software, products, and services. All such Infoblox appliances, software, products, and services – including, without limitation, all "virtual appliances" – are referred to collectively in this complaint as "Trinzic." Infoblox has recently begun offering "Trinzic" appliances, software, products, and services. In addition to using "Grid" technology to manage the configuration of

multiple computer servers, Trinzic has added "optional Multi-Grid Management architecture," which Infoblox touts as providing additional important benefits. Infoblox's website says:

> Additionally, with optional Multi-Grid Management architecture, a technology that can be added to the base Infoblox Grid, organizations can deploy an even larger solution that supports thousands of hosts, centralized management of IPv4 and IPv6 networks, data partition by geography or department, as well as single sign-on and other advanced capabilities.

16. As will be detailed below, Infoblox's Multi-Grid Management also infringes BlueCat's '163, '479, '234, and '235 Patents. For convenience, this complaint will collectively refer to the Infoblox Grid and Infoblox Multi-Grid Management as the "Grids."

**Infoblox's Infringement of the '163 Patent**

17. Infoblox's Trinzic and NIOS appliances, software, products and services infringe BlueCat's '163 Patent. The '163 Patent infringement covers critical aspects of Trinzic and NIOS, including Infoblox's techniques for maintaining the availability of its IPAM systems and of the networks using them. Infoblox's use of '163 Patent technology for partially replicating network configuration data among multiple servers enables Infoblox to provide scalability and minimize the costs of maintaining network availability.

18. Infoblox infringes the '163 Patent in using the Grids to manage the configuration of multiple computer servers. The Grids enable an operator to define a subset of servers as a resource group within the Grids' cluster system, in accordance with the teaching and claims of the '163 Patent. Each of the servers in a resource group may store configuration objects corresponding to that resource group, with each

configuration object containing configuration and status information that corresponds to that resource group. Infoblox's Grids also maintain associated owners lists – as taught and claimed in the '163 Patent – identifying data processing systems within each resource group. There is also a configuration database on each data processing system within the Grids – as taught and claimed in the '163 Patent – with each configuration database containing at least one configuration object. In the Grids, a configuration object for a resource group is replicated on each data processing system that is identified in the owners list associated with that resource group. The Grids also have configuration databases on multiple data processing systems included within multiple resource groups and containing multiple configuration objects. For these and other reasons, Trinzic and NIOS infringe multiple claims of the '163 Patent.

19. Claim 1 of the '163 Patent provides a clear example of Infoblox's infringement. Infoblox's own product literature illustrates its infringement of Claim 1.

a. Claim 1 of the '163 Patent recites "[a] cluster multiprocessing system, comprising: a plurality of data processing systems segregated into a plurality of resource groups . . . ." Infoblox's Trinzic and NIOS provide such claimed cluster multiprocessing systems via Infoblox's Grids technology. Infoblox summarizes its Grid technology as follows:

## Introduction to Grids

A grid is a group of two or more NIOS appliances that share sections of a common, distributed, built-in database and which you configure and monitor through a single, secure point of access: the grid master. A grid can include Infoblox appliances and vNIOS appliances. A vNIOS appliance is a non-Infoblox hardware platform running the vNIOS software package.(Supported platforms are Riverbed Steelhead appliances running the Riverbed Services Platforms and VMware ESX and ESXi server platforms.) You can configure Infoblox appliances and vNIOS appliances for VMware as grid masters, grid master candidates, and grid members. You can configure the other vNIOS appliances as grid members only. For information, see *Supported vNIOS Appliance Configurations* on page 915. *Figure 5.1* shows the basic concept of a grid and database distribution (or "replication").

*Figure 5.1 Grid and Partitioned Database Replication*




(Infoblox Administrator Guide, NIOS 6.1.0 for Infoblox Core Network Services Appliances ("6.1.0 Guide"), page 149.) Each of the boxes shown in Figure 1 above comprises a data processing system. The data processing systems are segregated into resource groups – such as, for example, servers that provide a particular service, as is explained further below. Infoblox's Multi-Grid Management enables an operator to define further subsets of data processing systems as resource groups. For example, a group of servers can be defined as a resource group (which Infoblox calls a "Grid") based on region, business line, or other factors. Infoblox's website says:

Multi-Grid Management gives an organization the flexibility to build a sophisticated Grid topology to meet specific requirements. For example, an organization can employ the capabilities of Multi-Grid Management to segment its network by region (e.g., North America, Asia, and Europe) or by business line (e.g., different corporate divisions and various branch locations) and still be able to update all segments at one time. Or for security reasons, such as internal/external environments or internal security silos, an organization might use Multi-Grid Management to partition its data on a corporate network and still make it accessible to all who need it. Multi-Grid Management can also be used by a Managed Service Provider (MSP) to manage multiple customers.

b. Claim 1 of the ’163 Patent also recites that each of the claimed resource groups “includ[es] an application. . . .” Infoblox’s Trinzic and NIOS Grids’ resource groups include applications – for example, DHCP resource groups and other resource groups include applications for providing DHCP Service. (6.1.0 Guide, page 37.)

c. Claim 1 of the ’163 Patent also recites that each of the claimed resource groups includes “at least two data processing systems . . . .” Infoblox’s Trinzic and NIOS Grids have resource groups including at least two data processing systems, as is illustrated in the Infoblox graphic above and reflected in the foregoing quotations.

d. Claim 1 of the ’163 Patent also recites “a plurality of configuration objects each corresponding to a resource group within the plurality of resource groups, each configuration object containing: configuration and status information for the corresponding resource group; and . . . .” Infoblox’s Trinzic and NIOS Grids include this element as well. As one example, Infoblox’s Grids use configuration objects for DHCP service. Such objects correspond to one of a number of resource groups, such as DHCP resource groups on an IPv4 network or an IPv6 network. The objects

contain configuration and status information for corresponding resource groups. For example, Infoblox describes its use of "DHCP objects" to "track properties such as network locations or device models" as follows:

## MANAGING DHCP DATA

You can configure a NIOS appliance to provide DHCP service for IPv4 and IPv6, and manage both IPv4 and IPv6 objects. When you define DHCP objects, you can track specific information about a network device by defining extensible attributes. Extensible attributes are fields that you define to track properties such as network locations or device models. For more information, see *About Extensible Attributes* on page 238.

### About Networks

You can configure DHCP IPv4 and IPv6 properties for the grid and its members, and then define the IPv4 and IPv6 networks that they serve.

All networks, both IPv4 and IPv6, must belong to a network view. The appliance has one default network view and unless you create additional network views, all networks belong to the default view. Note that because network views are mutually exclusive, you can create networks with overlapping IP address spaces in two different network views. For more information, see *About Network Views* on page 649.

(6.1.0 Guide, page 640.) As a further example, Infoblox Multi-Grid Management uses configuration objects to provide "Grid Masters" with control over Grid (resource group) members and virtual environments with "individual policies and configurations," as is depicted on Infoblox's website:

## Infoblox Multi-Grid Management

### Enables Massive Scalability and Even Higher Grid Performance

The Infoblox Multi-Grid Management solution gives you control over Grid Masters, each of which can control Grid members and virtual environments with individual policies and configurations. The Multi-Grid Master affords you complete visibility into each of the individual Grid Masters and their components and devices, real and virtual, and allows you to access and control any part of any Grid member or environment. Through its capability of managing a large number of Grids and thousands of members, a Multi-Grid Management solution provides massive scalability, high performance and high availability.




e. Claim 1 of the '163 Patent also recites "an associated owners list identifying data processing systems within the corresponding resource group . . . ."

Infoblox's Trinzic and NIOS Grid technology includes this element as well. The Grid maintains associated owners lists identifying data processing systems (sometimes called "members") within corresponding resource groups. This information is available for display to the user, as Infoblox explains below:

## Grid Status

The *Grid Status* widget provides status information about the grid members and services. Add the *Grid Status* widget to your Dashboard to monitor the grid status.

You can configure the *Grid Status* widget to display information about all grid members or only grid members that have service errors. To modify the *Grid Status* widget, click the Configure icon and select one of the following:

- **Show all grid members** (this is the default)
- **Only show members with service warnings or errors**

In the upper section of the widget, Grid Manager displays the overall status of the grid. The grid status represents the status of the most critical member in the grid. When all grid members are running properly, the overall grid status is green. When one of the members has operational issues, the overall grid status is red. The status icon can be one of the following:

| Icon | Color | Meaning |
|---|---|---|
| | Green | All grid members are operating normally in a "Running" state. |
| | Yellow | At least one of the grid members is connecting or synchronizing with its grid master. |
| | Red | At least one of the grid members does not have a grid license, is offline, upgrading, downgrading, or shutting down. |

This section also displays the overall operational status of the DNS, DHCP, NTP, FTP, TFTP, HTTP (File Distribution), bloxTools, and Captive Portal services that are currently running on the grid. The status icon can be one of the following:

(6.1.0 Guide, page 640.) As a further example, Infoblox Multi-Grid Management creates owners lists for its Grids as part of what Infoblox calls "build[ing] a sophisticated Grid topology to meet specific requirements." The following screenshots from an Infoblox system illustrate owners-list information and related information displayed for a particular Grid – in this case, a resource group defined by location:


Infoblox
Dashboard
Data Management
Smart Folders
Grid
Administration
Logout
Add Content
Off Turn Auto Refresh On
Finder
Smart Folders
Bookmarks
Recycle Bin
URL Links
Member Status > ib2.springfield.usa
ib1.springfield.usa
Role: Grid Member
Hardware Type: IB-550-A
HA Status: Standalone
System Uptime: 0d 0h 16m
Services
DHCP
DNS
TFTP
HTTP (File Distribution)
FTP
NTP
bloxTools
Captive Portal
2%
7%
2%
2% Used
98% Unused
30° C
CPU Usage
Memory
Database Usage
Disk Usage
System Temperature
Last updated: 2011-09-23 19:23:10 EDT
Member Status > ib1.springfield.usa
ib1.springfield.usa
Role: Grid Master
Hardware Type: IB-550-A
HA Status: Standalone
System Uptime: 0d 0h 17m
Services
DHCP
DNS
TFTP
HTTP (File Distribution)
FTP
NTP
bloxTools
Captive Portal
66%
31%
3%
2% Used
98% Unused
31° C
CPU Usage
Memory
Database Usage
Disk Usage
System Temperature
Last updated: 2011-09-23 19:22:32 EDT
Grid Status
Springfield
DHCP
DNS
TFTP
HTTP (File Dist)
FTP
NTP
bloxTools
Captive Portal
Member Name
IP Address
Status
ib1.springfield.usa
192.168.1.191
Running
ib2.springfield.usa
192.168.1.192
Running
Last updated: 2011-09-23 19:22:04 EDT


Infoblox
Dashboard
Data Management
Smart Folders
Grid
Administration
Logout
Grid Manager
Upgrade
Licenses
HSM Group
Microsoft Servers
Finder
Smart Folders
Bookmarks
Recycle Bin
URL Links
Springfield
DHCP
DNS
TFTP
HTTP (File Dist)
FTP
NTP
bloxTools
Captive Portal
Visualization
Members
Services
Quick Filter
None
Off
Filter On
Show Filter
Off
Replication Status View
Name
Status
IP Address
DHCP
DNS
TFTP
HTTP
FTP
NTP
ib1.springfield.usa
Running
192.168.1.191
ib2.springfield.usa
Running
192.168.1.192
Toolbar
Add
Edit
Delete
Permissions
Extensible Attributes
License
Restart Services
Control
Grid Properties
Backup
Restore
Configure Captive Portal
Download
HTTPS Cert
Traffic Capture
Capacity Report
Syslog
Test SNMP
NTP
bloxTools
Master Grid
User Profile
Join Grid

f. Claim 1 of the ’163 Patent also recites “a configuration database on each data processing system within the cluster multiprocessing system, each configuration database containing at least one configuration object. . . .” Infoblox’s Trinzic and NIOS Grids include this element as well. Infoblox’s website explains the Grids’ distributed databases of configuration data as follows:

## Infoblox Grid™

### Provides “Always On” Network Services through Scalable, Redundant, Reliable and Fault-tolerant Architecture




The Infoblox Grid provides a modular, layered architecture that enables a collection of appliances to perform and be managed as a single, unified system. At the heart of the Grid architecture is the Grid Master, an Infoblox appliance that holds and maintains the central database of the Grid.

The Grid Master pushes global configuration data and needed information out to Grid Members, monitors member operations, synchronizes member changes back into the central database and distributes updates. A key function of the Grid Master is the prevention of a single point of failure through an interconnected chain of failovers. If a Grid Master fails, an on-deck Grid Master Candidate is promoted to replace it. If a Grid Member fails, a new on-deck Grid Member replaces it and syncs-up with the Grid Master to get the needed data. If a link between a Grid Member and a Grid Master fails, all the data at the Grid Member are queued until the connection is restored, and then the data are synced to the Grid Master. The Grid architecture provides a highly scalable, reliable and fault-tolerant solution, unique to Infoblox.

### Guarantees Data Integrity and Availability through a Distributed Database

The Grid uses a zero-admin, distributed database. The Grid's real-time distributed database technologies guarantee data integrity, making possible trusted, up-to-the-moment audits — including records of administrative changes — for any part of the network domain. The data integrity mechanisms also ensure that any required recovery is complete, accurate and up-to-date.

Infoblox explains that each Grid member contains a configuration database, which is “shared” by the appliances in each Grid.

## Introduction to Grids

A grid is a group of two or more NIOS appliances that share sections of a common, distributed, built-in database and which you configure and monitor through a single, secure point of access: the grid master. A grid can include Infoblox appliances and vNIOS appliances. A vNIOS appliance is a non-Infoblox hardware platform running the vNIOS software

(6.1.0 Guide, page 198.) Further, each Grid member database contains at least one configuration object. For example, a Grid member "configure[d] to function as a DHCP server" will contain an appropriately configured "DHCP object."

## About DHCP Properties

When you configure a NIOS appliance to function as a DHCP server, you can set DHCP properties that control how the appliance operates and enable DHCP service for IPv4 and IPv6.

You can also specify configuration information the appliance includes in its IPv4 and IPv6 DHCP messages. When a DHCP server assigns an IP address to a client, it can include information the client needs to connect to the network and communicate with other hosts and devices on the network. You can set these properties at the grid level and override them for a member, network, shared network, DHCP range, fixed address, IPv4 reservation, host address, or roaming host.

When you configure a DHCP object that has inherited DHCP properties, you can either keep the inherited properties or override them. The appliance displays the inherited values and the levels from which the DHCP properties are inherited. For information, see *About DHCP Inheritance* on page 644.

(6.1.0 Guide, page 198.)

g. Claim 1 of the '163 Patent also recites that "a configuration object for a resource group is replicated on each data processing system identified in the owners list associated with the configuration object . . . ." Infoblox's Trinzic and NIOS Grids include this element as well. Each Grid member receives configuration data and updates from a Grid Master. The Grid Master distributes the configuration data based on the Grid topology. A configuration object – for example, a DHCP object – is replicated on each identified associated data processing system ("member") – for example, the "HA [High Availability] member" shown in the Infoblox graphic below:

*Figure 5.1 Grid and Partitioned Database Replication*




(6.1.0 Guide, page 149.) As Infoblox says, "[t]he grid master replicates the section of the database that applies to each member . . . ." (*Id.*) According to Infoblox's website, "The Grid Master pushes global configuration data and needed information out to Grid Members . . . ."

h. Finally, Claim 1 of the '163 Patent recites that "a configuration database on a data processing system included within X resource groups, where X is greater than one, contains X configuration objects." Infoblox's Trinzic and NIOS Grids satisfy this element of Claim 1 as well. For example, configuration databases on the Grid Master and the Grid Master Candidates contain "the complete database." This includes the configuration objects for multiple resource groups.

Infoblox grid technology relies upon database replication for its core functionality. When designing a grid, it is important to consider the amount of traffic generated by this replication and the overall number of grid members. Other communication between grid members (such as log retrieval and monitoring functions) occurs as well. All of this traffic is securely communicated between the grid master and grid members through encrypted VPN tunnels.

One component of the traffic through the tunnels is database replication traffic. There are three types to consider:

- **Complete database replication to a master candidate** — Occurs when a master candidate joins or rejoins a grid. The grid master sends the complete database to a master candidate so that it has all the data it needs if it ever becomes promoted from member to master.
- **Partial database replication** — Occurs when an appliance or HA pair joins or rejoins the grid as a regular member (which is not configured as a master candidate). The grid master sends it the section of the database that mainly applies just to the member.
- **Ongoing database updates** — Occurs as changes are made to the grid configuration and data. The grid master sends all ongoing database updates to master candidates and individual member-specific updates to regular members.

  If there are no or very few DNS dynamic updates, and no or very few DHCP lease offers and renewals issued, then this type of replication traffic is minimal.

  If there are many DDNS (dynamic DNS) updates (many per second) and/or many DHCP lease offers and renewals (many per second), then the replication traffic is the largest component of the VPN traffic among grid members.

(6.1.0 Guide, page 156.) As a further example, Infoblox Multi-Grid Management provides for network overlaps and sub-Grids. Each data processing system that is a member of multiple resource groups contains configuration data for each one.

**Infoblox's Infringement of the '479 Patent**

20. Infoblox's Trinzic and NIOS appliances, software, products and services also infringe BlueCat's '479 Patent. Infoblox's infringement of the '479 Patent includes use of Grids to manage the configuration of multiple computer servers. The Grids enable an operator to define a subset of servers as a resource group within the Grids' cluster system. The servers in a resource group may store configuration objects containing configuration and status information that correspond to that resource group. In the Grids, a configuration object containing configuration and status information that correspond to a resource group is replicated on each data processing system within the corresponding resource group. For these and other reasons, Trinzic and NIOS infringe multiple claims of the '479 Patent.

21. Claim 1 of the '479 Patent provides a clear example of Infoblox's infringement. Here again, Infoblox's own product literature shows its infringement.

a. Claim 1 of the ’479 Patent recites “[a] method of partially replicating configuration information in a distributed database, comprising: defining a subset of data processing systems within a cluster system as a resource group, wherein a data processing system may be a member of more than one resource group . . . .” Infoblox’s Trinzic and NIOS provide such claimed cluster systems via Infoblox’s Grids. According to Infoblox’s website, its Grids rely on distributed databases for vital functionality:

> **Guarantees Data Integrity and Availability through a Distributed Database**
>
> The Grid uses a zero-admin, distributed database. The Grid’s real-time distributed database technologies guarantee data integrity, making possible trusted, up-to-the-moment audits — including records of administrative changes — for any part of the network domain. The data integrity mechanisms also ensure that any required recovery is complete, accurate and up-to-date.

Data processing systems in the Grids can be members of multiple resource groups – for example, DHCP resource groups, DNS resource groups, and File Distribution resource groups. The Grid Master and Master Candidates will be members of every resource group that includes an active member node. As another example, each High Availability (HA) pair of active and passive nodes will form a resource group to maintain configuration information for the HA application.

> **About HA Pairs**
>
> You can configure two appliances as an HA (high availability) pair to provide hardware redundancy for core network services. An HA pair can be a grid master, a grid member, or an independent appliance. The two nodes that form an HA pair—identified as Node 1 and Node 2—are in an active/passive configuration. The active node receives, processes, and responds to all service requests. The passive node constantly keeps its database synchronized with that of the active node, so it can take over services if a failover occurs. A failover is the reversal of the active/passive roles of each node; that is, when a failover occurs, the previously active node becomes passive and the previously passive node becomes active.

(6.1.0 Guide, page 158.) As another example, Infoblox’s Multi-Grid Management also enables a data processing system to be a member of more than one Grid.

b. Claim 1 of the '479 Patent further recites "defining configuration data for the resource group by instantiating a configuration object containing configuration and status information for a highly available application corresponding to the resource group. . . ." Infoblox's Trinzic and NIOS perform this function. As one example, Infoblox's Grids provide for DHCP objects that contain configuration and status information for a highly available application for DHCP service corresponding to a DHCP resource group. Configuration and status (tracked) information is associated with each such object.

## MANAGING DHCP DATA

You can configure a NIOS appliance to provide DHCP service for IPv4 and IPv6, and manage both IPv4 and IPv6 objects. When you define DHCP objects, you can track specific information about a network device by defining extensible attributes. Extensible attributes are fields that you define to track properties such as network locations or device models. For more information, see *About Extensible Attributes* on page 238.

### About Networks

You can configure DHCP IPv4 and IPv6 properties for the grid and its members, and then define the IPv4 and IPv6 networks that they serve.

All networks, both IPv4 and IPv6, must belong to a network view. The appliance has one default network view and unless you create additional network views, all networks belong to the default view. Note that because network views are mutually exclusive, you can create networks with overlapping IP address spaces in two different network views. For more information, see *About Network Views* on page 649.

(6.1.0 Guide, page 640.) As another example, Infoblox's website says, "The Infoblox Multi-Grid Management solution gives you control over Grid Masters, each of which can control Grid members and virtual environments with individual policies and configurations."

c. Claim 1 of the '479 Patent also recites "having an associated list of data processing systems within the resource group . . . ." Infoblox's Trinzic and NIOS Grids include this element as well. The Grids maintain an associated list identifying data processing systems (members) within a resource group. This information is available to the user via the "Grid Status" display illustrated above and as part of what Infoblox calls the "Grid topology."

d. Finally, Claim 1 of the '479 Patent recites the step of "replicating the configuration data only on each data processing system within the resource group." Infoblox's NIOS Grid technology includes this element too. Each Grid member receives configuration data and updates from a Grid Master. The Grid Master replicates and distributes the configuration data selectively based on the "Grid topology." In Infoblox's words, "[t]he grid master replicates the section of the data base that applies to each member." (6.1.0 Guide, page 149.) For example, a particular configuration object, such as a DHCP object, is replicated only on the data processing systems (sometimes called "members"), associated with the applicable resource group.

*Figure 5.1 Grid and Partitioned Database Replication*




(6.1.0 Guide, page 149.)

**Infoblox's Infringement of the '234 Patent**

22. Infoblox's Trinzic and NIOS appliances, software, products and services also infringe BlueCat's '234 Patent. Infoblox's infringement of the '234 Patent includes use of the Grids to manage the configuration of multiple computer servers. The Grids enable an operator to segregate the servers into a number of resource groups within the Grid cluster system. The Grids maintain lists identifying data

processing systems within the corresponding resource groups. Each of the servers in a resource group may store configuration objects corresponding to that group, with the configuration objects containing configuration and status information that corresponds to that resource group. For these and other reasons, Trinzic and NIOS infringe multiple claims of the ’234 Patent.

23. One clear example of Infoblox’s infringement of the ’234 Patent is provided by Claim 1. Once again, Infoblox’s own product literature shows its infringement.

a. Claim 1 of the ’234 Patent recites “[a] cluster multiprocessing system, comprising: a plurality of data processing systems segregated into a plurality of resource groups, wherein each of the plurality of data processing systems may be a member of more than one resource group . . . .” Infoblox’s Trinzic and NIOS provide such a claimed cluster multiprocessing system via Infoblox’s Grids as was described above. As was explained above, data processing systems in the Grids can be members of multiple resource groups.

b. Claim 1 of the ’234 Patent further recites “a plurality of configuration objects each corresponding to a resource group within the plurality of resource groups wherein each of the plurality of configuration objects contains configuration and status information for a highly available application corresponding to the resource group. . . .” Infoblox’s Trinzic and NIOS include this element. As was explained above, Infoblox’s Grids provide for objects containing configuration and status information for highly available applications – for example, objects containing configuration and status information for a highly available application for DHCP service corresponding to a DHCP resource group.

c. Claim 1 of the ’234 Patent also recites “an associated owners list of data processing systems within the resource group . . . .” Infoblox’s Trinzic and NIOS Grids include this element as well. As was explained above, the Grids maintain an associated list identifying data processing systems (members) within a resource group.

This information is available to the user via the "Grid Status" display illustrated above and as part of what Infoblox calls the "Grid topology."

e. Finally, Claim 1 of the '234 Patent recites that "each of the plurality of configuration objects is replicated only on each data processing system within the resource group associated with the configuration object." Infoblox's Trinzic and NIOS Grids include this element too. As was explained above, each Grid member receives configuration data and updates from a Grid Master. The Grid Master replicates and distributes the configuration data selectively based on the "Grid topology." ("The grid master replicates the section of the data base that applies to each member." (6.1.0 Guide, page 149.))

**Infoblox's Infringement of the '235 Patent**

24. Infoblox's Trinzic and NIOS appliances, software, products and services also infringe BlueCat's '235 Patent. Infoblox's infringement of the '235 Patent includes use of the Grids to manage the configuration of multiple computer servers. The Grids enable an operator to define a subset of the servers into one or more resource groups within the Grids' cluster system. The Grids further maintain an associated list identifying data processing systems within the corresponding resource group. Each of the servers in a resource group may store configuration objects corresponding to that group, with each configuration object containing configuration and status information that corresponds to that resource group. For these and other reasons, Trinzic and NIOS infringe multiple claims of the '235 Patent.

25. One clear example of Infoblox's infringement of the '235 Patent is provided by Claim 1. Yet again, Infoblox's own product literature shows its infringement.

a. Claim 1 of the '235 Patent recites "[a] computer program product, comprising: a non-transitory computer-readable storage medium; and instructions stored in the non-transitory computer-readable storage medium that, when executed,

cause a data processing system to perform: defining a subset of data processing systems within a network as a resource group, wherein a given data processing system may be a member of more than one resource group . . . ." Infoblox's Trinzic and NIOS include computer program products as claimed, including instructions stored in a non-transitory computer-readable storage medium.

> When you add an appliance or HA pair to a grid as a new member, it is important that it is running the same version of software as the other members in the grid. Infoblox provides two methods for coordinating the software version:
>
> - Manual Upgrade and Downgrade: Before adding an appliance or HA pair to a grid, you can manually upgrade or downgrade the software on the appliance or HA pair to the version used by the rest of the grid.
> - Automatic Upgrade and Downgrade: The grid master automatically compares the software version of each appliance attempting to enter a grid with that in use by the rest of grid. If the versions do not match, the grid master downloads the correct version to the new appliance or HA pair.

(6.1.0 Guide, page 154.) For example, Infoblox's website says that Infoblox-250-A, 550-A, 1050-A, 1550-A/1552-A, 1852-A, and 2000-A Network Services Appliances "[s]hip[] with the security-hardened Infoblox NIOS® software." Trinzic and NIOS software is installed on hard drives, including RAID (Redundant Array of Independent Disks) arrays, in Infoblox Trinzic and NIOS appliances.

> **MANAGING THE DISK SUBSYSTEM ON THE INFOBLOX-2000-A**
>
> [illegible]

(6.1.0 Guide, page 274.) When executed, the instructions in a non-transitory computer-readable storage medium by Infoblox's Trinzic and NIOS computer program products define a subset of data processing systems as recited in Claim 1 of the '235 Patent. This is performed by Infoblox's Grids. As was explained above, data processing systems in the Grids can be members of multiple resource groups.

b. Claim 1 of the '235 Patent further recites "defining configuration data for the resource group, said defining including instantiating a configuration object containing configuration and status information for a highly available application corresponding to the resource group. . . ." Infoblox's Trinzic and NIOS perform this

function. As was explained above, Infoblox's Grids provide for objects that contain configuration and status information for highly available applications (for example, applications for DHCP service corresponding to a DHCP resource group).

c. Claim 1 of the '235 Patent also recites "having an associated list of data processing systems within the resource group . . . ." Infoblox's Trinzic and NIOS Grids include this element as well. As was explained above, the Grids maintain an associated list identifying data processing systems (members) within a resource group. This information is available to the user via the "Grid Status" display illustrated above and as part of what Infoblox calls the "Grid topology."

d. Finally, Claim 1 of the '235 Patent recites "replicating the configuration data only on each data processing system within the resource group." Infoblox's Trinzic and NIOS Grids include this element too. As was explained and illustrated above, the Grid replicates configuration data selectively. In Infoblox's words, "[t]he grid master replicates the section of the data base that applies to each member." (NIOS 6.1.0 Guide, page 149.) A particular configuration object is replicated only on the data processing systems (members) associated with the applicable resource group.

**FIRST CLAIM FOR RELIEF**

**(Infoblox's Infringement of U.S. Patent No. 6,427,163)**

26. BlueCat incorporates by reference as set forth fully herein the allegations in Paragraphs 1 through 25.

27. On July 30, 2002, the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 6,427,163, entitled "Highly Scalable and Highly Available Cluster System Management Scheme" and naming as inventors James W. Arendt, Ching-Yun Chao, and Rodolfo Ausgusto Mancisidor. A true and correct copy of the '163 Patent is Exhibit A to this complaint.

28. On or about September 14, 2011, BlueCat obtained, by assignment,

ownership of the ’163 Patent, including, without limitation, all causes of action and enforcement rights and all rights to seek and obtain any remedies of any kind for past, current, and future infringement of the patent, including injunctive relief and the right to sue for past damages.

29. Infoblox has been directly infringing, is currently directly infringing, and, on information and belief will continue to directly infringe one or more claims of the ’163 Patent by making, using, offering to sell, and selling within the United States, or importing into the United States, IP address management systems, including without limitation Trinzic and NIOS appliances, software, products, and services, that embody the patented invention.

30. Infoblox has been and currently is actively inducing and encouraging infringement of the ’163 Patent. The ’163 Patent has been directly infringed, is currently being directly infringed, and will continue to be directly infringed within the United States – including, on information and belief, within this district – by Infoblox's customers using Trinzic and NIOS appliances, software, products, and services. On information and belief, Infoblox actively encourages that infringement by advertising, promoting and instructing its customers in the use of these products in a manner that directly infringes the ’163 Patent. On information and belief, Infoblox has actively induced and encouraged, or will continue to actively induce and encourage, its customers' use of these products in a manner that directly infringes the ’163 Patent with specific intent to induce and encourage such infringement, or at a minimum with willful blindness to the known risk of such infringement.

31. Infoblox has been contributing and is currently contributing to the infringement of the ’163 Patent by selling, offering to sell, supplying, maintaining, and supporting Trinzic and NIOS appliances, software, products, and services, which are material components of IP address management systems that embody the patented invention. Trinzic and NIOS appliances, software, products, and services, when installed in a customer's enterprise network or installed on a customer's virtualization

platform running on a general purpose computer, directly infringe the ’163 Patent. The ’163 Patent has been directly infringed, is currently being directly infringed, and will continue to be directly infringed within the United States – including, on information and belief, within this district – by Infoblox's customers using Trinzic and NIOS appliances, software, products, and services on an enterprise network or virtualization platform running on a general purpose computer. These products are especially made or adapted for infringing use with a customer's enterprise network or when installed on a customer's virtualization platform running on a general purpose computer, and they are not staple articles or commodities of commerce suitable for substantial non-infringing use. On information and belief, Infoblox has contributed, or will continue to contribute, to infringement of the ’163 Patent with the knowledge that the combination for which its products were especially made infringes the ’163 Patent.

32. As a direct and proximate consequence of Infoblox’s infringement of the ’163 Patent, BlueCat has suffered and will continue to suffer damages, in an amount not yet determined, as well as irreparable injury for which it has no adequate remedy at law. BlueCat is entitled to damages from Infoblox as well as preliminary and permanent injunctive relief against further infringement of the ’163 Patent.

## SECOND CLAIM FOR RELIEF

## (Infoblox’s Infringement of U.S. Patent No. 7,412,479)

33. BlueCat incorporates by reference as set forth fully herein the allegations in Paragraphs 1 through 25.

34. On August 12, 2008, the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 7,412,479, entitled “Highly Scalable and Highly Available Cluster System Management Scheme” and naming as inventors James W. Arendt, Ching-Yun Chao, and Rodolfo Ausgusto Mancisidor. A true and correct copy of the ’479 Patent is Exhibit B to this complaint.

35. On or about September 14, 2011, BlueCat obtained, by assignment, ownership of the ’ 479 Patent, including, without limitation, all causes of action and enforcement rights and all rights to seek and obtain any remedies of any kind for past, current, and future infringement of the patent, including injunctive relief and the right to sue for past damages.

36. Infoblox has been directly infringing, is currently directly infringing, and, on information and belief will continue to directly infringe one or more claims of the ’479 Patent by making, using, offering to sell, and selling within the United States, or importing into the United States, IP address management systems, including without limitation Trinzic and NIOS appliances, software, products, and services, that embody the patented invention.

37. Infoblox has been and currently is actively inducing and encouraging infringement of the ’479 Patent. The ’479 Patent has been directly infringed, is currently being directly infringed, and will continue to be directly infringed within the United States – including, on information and belief, within this district – by Infoblox's customers using Trinzic and NIOS appliances, software, products, and services. On information and belief, Infoblox actively encourages that infringement by advertising, promoting and instructing its customers in the use of these products in a manner that directly infringes the ’479 Patent. On information and belief, Infoblox has actively induced and encouraged, and will continue to actively induce and encourage, its customers' use of these products in a manner that directly infringes the ’479 Patent with specific intent to induce and encourage such infringement, or at a minimum with willful blindness to the known risk of such infringement.

38. Infoblox has been contributing and is currently contributing to the infringement of the ’479 Patent by selling, offering to sell, supplying, maintaining, and supporting Trinzic and NIOS appliances, software, products, and services, which are material components of IP address management systems that embody the patented invention. Trinzic and NIOS appliances, software, products, and services, when

installed in a customer's enterprise network or installed on a customer's virtualization platform running on a general purpose computer, directly infringe the ’479 Patent. The ’479 Patent has been directly infringed, is currently being directly infringed, and will continue to be directly infringed within the United States – including, on information and belief, within this district – by Infoblox's customers using Trinzic and NIOS appliances, software, products, and services on an enterprise network or virtualization platform running on a general purpose computer. These products are especially made or adapted for infringing use with a customer's enterprise network or when installed on a customer's virtualization platform running on a general purpose computer, and they are not staple articles or commodities of commerce suitable for substantial non-infringing use. On information and belief, Infoblox has contributed, or will continue to contribute, to infringement of the ’479 Patent with the knowledge that the combination for which its products were especially made infringes the ’479 Patent.

39. As a direct and proximate consequence of Infoblox’s infringement of the ’479 Patent, BlueCat has suffered and will continue to suffer damages, in an amount not yet determined, as well as irreparable injury for which it has no adequate remedy at law. BlueCat is entitled to damages from Infoblox as well as preliminary and permanent injunctive relief against further infringement of the ’479 Patent.

**THIRD CLAIM FOR RELIEF**

**(Infoblox’s Infringement of U.S. Patent No. 7,870,234)**

40. BlueCat incorporates by reference as set forth fully herein the allegations in Paragraphs 1 through 25.

41. On January 11, 2011, the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 7,870,234, entitled “Highly Scalable and Highly Available Cluster System Management Scheme” and naming as inventors James W. Arendt, Ching-Yun Chao, and Rodolfo Ausgusto Mancisidor. A true and

correct copy of the ’ 234 Patent is Exhibit C to this complaint.

42. On or about September 14, 2011, BlueCat obtained, by assignment, ownership of the ’234 Patent, including, without limitation, all causes of action and enforcement rights and all rights to seek and obtain any remedies of any kind for past, current, and future infringement of the patent, including injunctive relief and the right to sue for past damages.

43. Infoblox has been directly infringing, is currently directly infringing, and, on information and belief will continue to directly infringe one or more claims of the ’234 Patent by making, using, offering to sell, and selling within the United States, or importing into the United States, IP address management systems, including without limitation Trinzic and NIOS appliances, software, products, and services, that embody the patented invention.

44. Infoblox has been and currently is actively inducing and encouraging infringement of the ’234 Patent. The ’234 Patent has been directly infringed, is currently being directly infringed, and will continue to be directly infringed within the United States – including, on information and belief, within this district – by Infoblox's customers using Trinzic and NIOS appliances, software, products, and services. On information and belief, Infoblox actively encourages that infringement by advertising, promoting and instructing its customers in the use of these products in a manner that directly infringes the ’234 Patent. On information and belief, Infoblox has actively induced and encouraged, and will continue to actively induce and encourage, its customers' use of these products in a manner that directly infringes the ’234 Patent with specific intent to induce and encourage such infringement, or at a minimum with willful blindness to the known risk of such infringement.

45. Infoblox has been contributing and is currently contributing to the infringement of the ’234 Patent by selling, offering to sell, supplying, maintaining, and supporting Trinzic and NIOS appliances, software, products, and services, which are material components of IP address management systems that embody the patented

invention. Trinzic and NIOS appliances, software, products, and services, when installed in a customer's enterprise network or installed on a customer's virtualization platform running on a general purpose computer, directly infringe the ’234 Patent. The ’234 Patent has been directly infringed, is currently being directly infringed, and will continue to be directly infringed within the United States – including, on information and belief, within this district – by Infoblox's customers using Trinzic and NIOS appliances, software, products, and services on an enterprise network or virtualization platform running on a general purpose computer. These products are especially made or adapted for infringing use with a customer's enterprise network or when installed on a customer's virtualization platform running on a general purpose computer, and they are not staple articles or commodities of commerce suitable for substantial non-infringing use. On information and belief, Infoblox has contributed, or will continue to contribute, to infringement of the ’234 Patent with the knowledge that the combination for which its products were especially made infringes the ’234 Patent.

46. As a direct and proximate consequence of Infoblox’s infringement of the ’234 Patent, BlueCat has suffered and will continue to suffer damages, in an amount not yet determined, as well as irreparable injury for which it has no adequate remedy at law. BlueCat is entitled to damages from Infoblox as well as preliminary and permanent injunctive relief against further infringement of the ’234 Patent.

## FOURTH CLAIM FOR RELIEF

## (Infoblox’s Infringement of U.S. Patent No. 7,870,235)

47. BlueCat incorporates by reference as set forth fully herein the allegations in Paragraphs 1 through 25.

48. On January 11, 2011, the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 7,870,235, entitled “Highly Scalable and Highly Available Cluster System Management Scheme” and naming as inventors

James W. Arendt, Ching-Yun Chao, and Rodolfo Ausgusto Mancisidor. A true and correct copy of the ’ 235 Patent is Exhibit D to this complaint.

49. On or about September 14, 2011, BlueCat obtained, by assignment, ownership of the ’235 Patent, including, without limitation, all causes of action and enforcement rights and all rights to seek and obtain any remedies of any kind for past, current, and future infringement of the patent, including injunctive relief and the right to sue for past damages.

50. Infoblox has been directly infringing, is currently directly infringing, and, on information and belief will continue to directly infringe one or more claims of the ’235 Patent by making, using, offering to sell, and selling within the United States, or importing into the United States, IP address management systems, including without limitation Trinzic and NIOS appliances, software, products, and services, that embody the patented invention.

51. Infoblox has been and currently is actively inducing and encouraging infringement of the ’235 Patent. The ’235 Patent has been directly infringed, is currently being directly infringed, and will continue to be directly infringed within the United States – including, on information and belief, within this district – by Infoblox's customers using Trinzic and NIOS appliances, software, products, and services. On information and belief, Infoblox actively encourages that infringement by advertising, promoting and instructing its customers in the use of these products in a manner that directly infringes the ’235 Patent. On information and belief, Infoblox has actively induced and encouraged, and will continue to actively induce and encourage, its customers' use of these products in a manner that directly infringes the ’235 Patent with specific intent to induce and encourage such infringement, or at a minimum with willful blindness to the known risk of such infringement.

52. Infoblox has been contributing and is currently contributing to the infringement of the ’235 Patent by selling, offering to sell, supplying, maintaining, and supporting Trinzic and NIOS appliances, software, products, and services, which

are material components of IP address management systems that embody the patented invention. Trinzic and NIOS appliances, software, products, and services, when installed in a customer's enterprise network or installed on a customer's virtualization platform running on a general purpose computer, directly infringe the ’235 Patent. The ’235 Patent has been directly infringed, is currently being directly infringed, and will continue to be directly infringed within the United States – including, on information and belief, within this district – by Infoblox's customers using Trinzic and NIOS appliances, software, products, and services on an enterprise network or virtualization platform running on a general purpose computer. These products are especially made or adapted for infringing use with a customer's enterprise network or when installed on a customer's virtualization platform running on a general purpose computer, and they are not staple articles or commodities of commerce suitable for substantial non-infringing use. On information and belief, Infoblox has contributed, or will continue to contribute, to infringement of the ’235 Patent with the knowledge that the combination for which its products were especially made infringes the ’235 Patent.

53. As a direct and proximate consequence of Infoblox’s infringement of the ’235 Patent, BlueCat has suffered and will continue to suffer damages, in an amount not yet determined, as well as irreparable injury for which it has no adequate remedy at law. BlueCat is entitled to damages from Infoblox as well as preliminary and permanent injunctive relief against further infringement of the ’235 Patent.

## RELIEF REQUESTED

BlueCat requests the following on each claim for relief:

1. Judicial determinations and declarations that Infoblox has directly infringed, and continues to directly infringe, BlueCat’s ’163, ’479, ’234, and ’235 Patents;

2. Judicial determinations and declarations that Infoblox has induced, and continues to induce, infringement of the '163, '479, '234, and '235 Patents;

3. Judicial determinations and declarations that Infoblox has contributorily infringed, and continues to contributorily infringe, the '163, '479, '234, and '235 Patents;

4. Preliminary and permanent injunctions prohibiting Infoblox, its subsidiaries, officers, agents, servants, employees, and licensees, and all persons or entities acting or attempting to act in active concert or participation with them, or acting on their behalf, from infringing the '163, '479, '234, and '235 Patents;

5. An order requiring that Infoblox notify all of its customers, vendors and users of the infringement and their participation in it, recall all infringing products, and cause and encourage its customers, vendors, and users to cease infringing;

6. Judgment for all damages caused by Infoblox's infringement, in accordance with 35 U.S.C. Section 284, as well as enhanced damages under 35 U.S.C. Section 285 and attorneys' fees;

7. Costs of suit;

8. Pre-judgment and post-judgment interest on all damages and other amounts awarded to BlueCat; and

9. Such other and further relief as the Court deems just and proper.

DATED: September 28, 2011

Respectfully submitted,



Joseph K. Liu
Attorneys for Plaintiff,
BlueCat Networks (USA) Inc.

**DEMAND FOR JURY TRIAL**

Plaintiff, BlueCat Networks (USA) Inc. hereby demands trial by jury in this action.

DATED: September 28, 2011

Respectfully submitted,

Joseph K. Liu
Attorneys for Plaintiff,
BlueCat Networks (USA) Inc.

# EXHIBIT A

US006427163B1

(12) United States Patent
Arendt et al.

(10) Patent No.: US 6,427,163 B1
(45) Date of Patent: Jul. 30, 2002

(54) HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT SCHEME

(75) Inventors: James W. Arendt, Round Rock; Ching-Yun Chao; Rodolfo Ausgusto Mancisidor, both of Austin, all of TX (US)

(73) Assignee: International Business Machines Corporation, Armonk, NY (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/114,051

(22) Filed: Jul. 10, 1998

(51) Int. Cl.[7] ................................ G06F 15/16
(52) U.S. Cl. ................................ 709/201; 709/226
(58) Field of Search ................................ 712/13; 709/201, 709/203, 220, 226; 707/10, 103 R, 201, 202; 714/11, 13

(56) References Cited

U.S. PATENT DOCUMENTS

5,367,635 A 11/1994 Bauer et al.
5,404,532 A 4/1995 Allen
5,717,911 A * 2/1998 Madrid et al. .............. 395/602
5,808,911 A 9/1998 Tucker et al.
5,822,531 A * 10/1998 Gorczyca et al. ...... 395/200.51
5,822,583 A 10/1998 Tabuchi
5,828,882 A 10/1998 Hinckley et al.
5,832,264 A 11/1998 Hart et al.
5,838,969 A 11/1998 Jacklin et al.
5,852,724 A * 12/1998 Glenn, II et al. ....... 395/200.69
5,867,707 A 2/1999 Nishida et al.
5,872,971 A * 2/1999 Knapman et al. ........... 395/671
5,951,680 A 9/1999 Redlin et al.
6,003,075 A * 12/1999 Arendt et al. ............... 709/221
6,038,677 A * 3/2000 Lawlor et al. ................ 714/4
6,058,490 A * 5/2000 Allen et al. .................... 714/9

(List continued on next page.)

OTHER PUBLICATIONS

Atty. Docket No. AT9–98–157; App. No. 09/113,674, Related Copending Application James W. Arendt, et al, Application Filed Jul. 10, 1998.

Atty. Docket No. AT9–97–760; App. No. 09/164,130, Related Copending Application James W. Arendt, et al, Application Filed Sep. 30, 1998.

(List continued on next page.)

*Primary Examiner*—John A. Follansbee
(74) *Attorney, Agent, or Firm*—Jeffrey S. LaBaw; Bracewell & Patterson, L.L.P.

(57) ABSTRACT

A cluster system is treated as a set of resource groups, each resource group including an highly available application and the resources upon which it depends. A resource group may have between 2 and M data processing systems, where M is small relative to the cluster size N of the total cluster. Configuration and status information for the resource group is fully replicated only on those data processing systems which are members of the resource group. A configuration object/database record for the resource group has an associated owner list identifying the data processing systems which are members of the resource group and which may therefore manage the application. A data processing system may belong to more than one resource group, however, and configuration and status information for the data processing system is replicated to each data processing system which could be affected by failure of the subject data processing system.

16 Claims, 7 Drawing Sheets



U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 6,108,699 | A | * | 8/2000 | Moiin | 709/221 |
| 6,151,684 | A | * | 11/2000 | Alexander et al. | 714/4 |
| 6,170,009 | B1 | | 1/2001 | Mandal et al. | |
| 6,182,157 | B1 | | 1/2001 | Schlener et al. | |
| 6,212,676 | B1 | | 4/2001 | Seaman et al. | |
| 6,226,693 | B1 | | 5/2001 | Chow et al. | |
| 6,233,623 | B1 | | 5/2001 | Jeffords et al. | |

OTHER PUBLICATIONS

Urban, S.D., et al. "the Implementation and Evaluation of Integrity Maintenance Rules in an Object–Oriented Database", IEEE Confer. On Data Engineering, pp. 565–572, Feb. 1992.

Tsalgatidou, A. et al., "Rule–Base Behavioural Modelling of Information Systems", IEEE Confer. On system Sciences, pp. 409–418, Jan. 1993.

Karadimce, A. P., et al., "Conditional Term Rewriting as a Formal Basis for Analysis of Active Database Rules", IEEE Workshop on Research Issues in Data Engineering, pp. 156–162, Feb. 1994.

* cited by examiner




Fig. 1


220
222
224
202
204
206
226
208
210
212
214
216
218

Fig. 2A


228
202
204
206
208
210
212
214
216
218

Fig. 2B


230
202
204
206
208
210
212
214
216
218

*Fig. 2C*


232
202
204
206
208
210
212
214
216
218

*Fig. 2D*


234
202
204
206
208
210
212
214
216
218

Fig. 2E


236
202
204
206
208
210
212
214
216
218

Fig. 2F


238
202
204
206
208
210
212
214
216
218

Fig. 2G


202
204
206
240
208
210
212
214
216
218

Fig. 2H


Configuration/ status data changes
302
Cluster-level change ?
304
Yes
No
Replicate among resource group nodes
308
Replicate throughout cluster
306
Node shared by other resource group(s) ?
310
No
Yes
Replicate change to other resource group(s)
312
Idle
314

*Fig. 3*


Node fails
402
Quorum of resource group(s) available ?
404
Yes
No
Continue providing service(s) with available node(s)
406
Suspend service(s)
412
Failed node restored ?
408
No
Yes
Failed node restored ?
414
No
Yes
Reintegrate, reallocate resources
410
Reintegrate, resume suspended service(s)
416
Idle
418

*Fig. 4*

# HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT SCHEME

## RELATED APPLICATION

The present invention is related to the subject matter of commonly assigned, copending U.S. patent application Ser. No. 09/164,130 entitled "A Rule-Based Cluster System Management Model" and filed Sep. 30, 1998 and Ser. No. 09/113,674 entitled "A Highly Scalable and Highly Available Cluster System Management Scheme" and filed Jul. 10, 1998, now U.S. Pat. No. 6,314,526. The content of the above-referenced applications are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

1. Technical Field

The present invention relates in general to cluster system management and in particular to management of very large scale clusters. Still more particularly, the present invention relates to partially distributing cluster configuration information for managing a very large scale cluster.

2. Description of the Related Art

A cluster system, also referred to as a cluster multiprocessor system (CMP) or simply as a "cluster," is a set of networked data processing systems with hardware and software shared among those data processing systems, typically but not necessarily configured to provide highly available and highly scalable application services. Cluster systems are frequently implemented to achieve high availability, an alternative to fault tolerance for mission-critical applications such as aircraft control and the like. Fault tolerant data processing systems rely on specialized hardware to detect hardware faults and switch to a redundant hardware component, regardless of whether the component is a processor, memory board, hard disk drive, adapter, power supply, etc. While providing seamless cutover and uninterrupted performance, fault tolerant systems are expensive, due to the redundant hardware requirement, and fail to address software errors, a more common source of data processing system failure.

High availability utilizes standard hardware, but provides software allowing resources to be shared system wide. When a node, component, or application fails, an alternative path to the desired resource is quickly established. The brief interruption required to reestablish availability of the resource is acceptable in many situations. The hardware costs are significantly less than fault tolerant systems, and backup facilities may be utilized during normal operation. An example of the software utilized for these purposes is. the HACMP (High Availability Cluster Multiprocessing) for AIX® (Advanced Interactive Executive) software available from International Business Machines Corporation of Armonk, N.Y. and the RS6000 SP software available from International Business Machines Corporation.

The cluster system management problem is a special class of the general system management problem, with additional resource dependency and management policy constraints. In particular, the maintenance of cluster configuration information required for system management poses a special problem. The cluster configuration information required for system management is typically stored in a database, which is either centralized or replicated to more than one data processing system for high availability. The data processing system which manages a centralized cluster configuration database becomes a potential bottleneck and a single point of failure.



To avoid the problems of a centralized cluster configuration database, the database may be replicated and maintained on a number of data processing systems within the cluster. In a small cluster, the system configuration and status information may be readily replicated to all data processing systems in the cluster for use by each data processing system in performing system management functions such as failure recovery and load balancing. Full replication provides a highly available cluster configuration database and performs adequately as long as the cluster size remains small (2 to 8 data processing systems). In a very large cluster, however, the costs associated with full replication are prohibitively high.

In order to keep a distributed database in a consistent state at all times, a two-phase commit protocol may be utilized. For a fully replicated database (i.e. every data processing system has a copy), 2N messages must be exchanged for each write operation, where N is the number of data processing systems in the cluster. Thus, while the size of a cluster configuration/status database grows linearly with respect to cluster size, access time to the database grows either linearly or logarithmically with respect to cluster size. Moreover, when bringing up a cluster, the number of events (and therefore the amount of status information which needs to be updated) grows linearly with respect to cluster size. Hence, the time or cost required to bring up a cluster with a fully replicated distributed cluster configuration database grows on the order of $N^2$. The complexity of cluster system management may thus be characterized as being on the order of $N^2$. For very large scale cluster systems (over 1,000 data processing systems), full replication of the cluster configuration database becomes unwieldy.

Another critical issue in highly available cluster systems is how to handle network partitions. Network partitions occur if a cluster is divided into two or more parts, where data processing systems in one part cannot communicate with data processing systems in another part. When a network partition occurs, it is crucial not to run multiple copies of the same application, especially a database application such as the cluster configuration database, from these (temporarily) independent parts of the cluster. A standard way of handling this problem is to require that a cluster remain offline unless it reaches quorum. The definition of quorum varies. In some implementations, a majority quorum is employed and a portion of the cluster is said to have reached quorum when the number of active servers in that portion is at least N/2+1. A different scheme may require a smaller number of servers to be active to reach quorum as long as the system can guarantee that at most only one portion of the cluster can reach quorum. In a very large scale cluster, the condition for quorum tends to be too restrictive. A majority quorum is used herein, although the invention is applicable to other forms of quorum.

Thus, when a network partition occurs, only the portion of the cluster (if any) which contains the majority of the data processing systems in the cluster may run applications. Stated differently, no services are provided by the cluster unless at least one half of the data processing systems within the cluster are online.

It would be desirable, therefore, to provide a mechanism for maintaining a distributed database containing cluster configuration information without incurring the costs associated with full replication. It would further be advantageous for the mechanism to be scalable and applicable to clusters of any size, even those larger than 1,000 data processing systems. It would further be advantageous to permit cluster portions to continue providing services after a network partition even if a quorum has not been reached.

## SUMMARY OF THE INVENTION

It is therefore one object of the present invention to provide an improved method and apparatus for cluster system management.

It is another object of the present invention to provide and improved method and apparatus for management of very large scale clusters.

It is yet another object of the present invention to provide a method and apparatus for partially distributing cluster configuration information for managing a very large scale cluster.

The foregoing objects are achieved as is now described. A cluster system is treated as a set of resource groups, each resource group including a highly available application and the resources upon which it depends. A resource group may have between 2 and M data processing systems, where M is small relative to the cluster size N of the total cluster. Configuration and status information for the resource group is fully replicated only on those data processing systems which are members of the resource group. A configuration object/database record for the resource group has an associated owner list identifying the data processing systems which are members of the resource group and which may therefore manage the application. A data processing system may belong to more than one resource group, however, and configuration and status information for the data processing system is replicated to each data processing system which could be affected by failure of the subject data processing system—that is, any data processing system which belongs to at least one resource group also containing the subject data processing system. The partial replication scheme of the present invention allows resource groups to run in parallel, reduces the cost of data replication and access, is highly scalable and applicable to very large clusters, and provides better performance after a catastrophe such as a network partition.

The above as well as additional objects, features, and advantages of the present invention will become apparent in the following detailed written description.

## BRIEF DESCRIPTION OF THE DRAWINGS

The novel features believed characteristic of the invention are set forth in the appended claims. The invention itself however, as well as a preferred mode of use, further objects and advantages thereof, will best be understood by reference to the following detailed description of an illustrative embodiment when read in conjunction with the accompanying drawings, wherein:

FIG. **1** depicts a block diagram of a cluster multiprocessing system in which a preferred embodiment of the present invention may be implemented;

FIGS. **2A–2H** are diagrams of configuration information distribution among cluster system data processing systems and resource groups in accordance with a preferred embodiment of the present invention;

FIG. **3** depicts a high level flowchart for a process of replicating configuration and status information within a cluster containing resource groups in accordance with a preferred embodiment of the present invention; and

FIG. **4** is a high level flowchart for a process of handling node failure within a cluster system including resource groups in accordance with a preferred embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

With reference now to the figures, and in particular with reference to FIG. 1, a block diagram of a cluster multiprocessing system in which a preferred embodiment of the present invention may be implemented is depicted. System **102** includes a plurality of server nodes **104–110**, each typically identified by a unique name. Each node **104–110** may be a symmetric multiprocessor (SMP) data processing system such as a RISC System/6000® system available from International Business Machines Corporation of Armonk, N.Y. or a data processing system functioning as a Windows NT™ server.



Each node **104–110** within system **102** includes an operating system, such as the Advanced Interactive Executive (AIX®) operating system available from International Business Machines Corporation of Armonk, New York or the Windows NT™ operating system available from Microsoft Corporation of Redmond, Wash. Nodes **104–110** within system **102** also include high availability cluster software capable of running on top of or in conjunction with the operating system. This high availability cluster software includes the features described below.

Nodes **104–110** are connected to public local area networks **112–114**, which may be an Ethernet, Token-Ring, fiber distributed data interface (FDDI), or other network. Public networks **112–114** provide clients **116–120** with access to servers **104–110**. Clients **116–120** are data processing systems which may access, each running a "front end" or client application which queries server applications running on nodes **104–110**.

Typically, each node **104–110** runs server or "back end" applications which access data on shared external disks **122–126** via disk buses **128–130**. Nodes **104–110** may also be connected by an additional network **132** or networks. For example, a private network may provide point-to-point connection between nodes **104–110** within system **102**, with no access provided to clients **116–120**. The private network, if available, may be utilized for lock traffic, and may be an Ethernet, Token-Ring, FDDI, or serial optical channel connector (SOCC) network. A serial network may also provide point-to-point communication between nodes **104–110**, used for control messages and heartbeat traffic in the event that an alternative subsystem fails.

As depicted in the exemplary embodiment, system **102** may include some level of redundancy to eliminate single points of failure. For example, each node **104–110** may be connected to each public network **112–114** by two network adapters (not shown): a service adapter providing the primary active connection between a node and network and a standby adapter which substitutes for the service adapter in the event that the service adapter fails. Thus, when a resource within system **102** becomes unavailable, alternative resources may be quickly substituted for the failed resource.

Those of ordinary skill in the art will appreciate that the hardware depicted in the exemplary embodiment of FIG. **1** may vary. For example, a system may include more or fewer nodes, additional clients, and/or other connections not shown. Additionally, system **102** in accordance with the present invention includes reliable communications and synchronizations among data processing systems **104–110**, and an integrated cluster system management facility, described in further detail below.

Referring to FIGS. 2A–2H, diagrams of configuration information distribution among cluster system data processing systems and resource groups in accordance with a preferred embodiment of the present invention is depicted. In the present invention, the cluster is treated as a system of resource groups and cluster configuration information for each data processing system within a resource group is

replicated only to all other data processing systems in that resource group.

One major use of cluster configuration information is to make cluster resources highly available. As an example, if a data processing system within a cluster fails, applications on that data processing system will migrate to other data processing systems. Therefore, services provided by a failed data processing system will, after a brief interruption, be continuously available. For an application or other resource to be highly available, a number of data processing systems within the cluster are configured to run that application or resource, although usually at most only one data processing system manages one highly available application at any single instant in time.

In accordance with the present invention, a highly available application and all those resources upon which it depends form a resource group. Each resource group has an ordered list of data processing systems which may manage the group. The number of data processing systems within a resource group varies from 2 to M, where M is typically very small as compared to the cluster size N for a large cluster. The configuration and status information is organized as configuration objects within a database, with each highly available resource group having a configuration and status object. The configuration and status object for a resource group has an associated list of owners, which is identical to the list of data processing systems which may manage the corresponding resource group. The configuration and status information object is replicated only to data processing systems within the list of owners.

The exemplary embodiment of FIG. 2A depicts nine data processing systems **202–218** organized as four resource groups **220–226**. Within each resource group **220–226**, typically only one data processing system manages a given application for that resource group at any given time. However, other data processing systems are designated to assume management of the application should the primary data processing system fail. A configuration object for each resource group **220–226** is replicated to each data processing system within the resource group. Each data processing system within the resource group is listed as an owner of the configuration object for the resource group. The configuration object contains cluster configuration and status information relevant to the resource group or resource, which includes: topology information such as data processing systems, networks, network interface cards (adapters), and network connectivity information; resource group information such as application packages for an application type of resource, shared disks for a shared disk type of resource, data processing system and disk connectivity information, service IP addresses for a service IP address types of resource, data processing systems where applications are installed and configured, management policies, management rules, and resource dependency relationships; and cluster system status information such as status of data processing systems, status of networks, status of network interface cards, status of shared disks, status of applications, and status of event processing. A configuration object may also contain rules for adding/modifying/deleting data processing systems, networks, network interface cards, shared disks, resource groups, and resources, as well as rules for evaluating resource dependency.

FIGS. 2B through 2H illustrate replication of status and performance information for a given data processing system within a resource group. As shown in FIG. 2B, data processing system **202** is a member of resource group **220**. Accordingly, configuration and status information for data processing system **202** is replicated among other data processing systems within the resource group, including data processing systems **208** and **214**. The configuration object for any application managed by data processing system **202** lists data processing systems **202**, **208**, and **214** as owners within an owner list associated with the configuration object. Data processing system **214** is also a member of resource group **220**, and therefore configuration and status information for data processing system **214** is also replicated to data processing systems **202** and **208**, and configuration objects for applications managed by data processing system **214** list data processing systems **202**, **208**, and **214** as owners.



FIGS. 2C and 2D similarly illustrate replication of configuration information for data processing systems **204** and **216** of resource group **222** and data processing systems **206** and **218** of resource group **224**, respectively. Configuration and status information for data processing systems **204** and **216** are replicated on each of data processing systems **204**, **210**, and **216**, while configuration and status information for data processing systems **206** and **218** are replicated on each of data processing systems **206**, **212**, and **218**. Applications managed by data processing system **204** or **216** have a configuration object owners list including data processing systems **204**, **210**, and **216**, and the configuration objects themselves are replicated to each of data processing systems **204**, **210**, and **216**. Similarly, applications managed by data processing system **206** or **218** have a configuration object owners list designating data processing systems **206**, **212**, and **218** as owners with the configuration objects replicated to each of data processing systems **206**, **212**, and **218**.

FIG. 2E illustrates replication of information where a data processing system **208** belongs to two or more overlapping resource groups **220** and **226**. Configuration and status information for data processing system **208** is replicated to each data processing system belonging to at least one resource group including data processing system **208**, which includes resource groups **220** and **226** and therefore data processing systems **202**, **210**, **212**, and **214**. Configuration objects for applications managed by data processing system **208** have an owners list including each of the data processing systems belonging to a corresponding resource group, and are replicated to each of those data processing systems. Thus, for example, an application managed by data processing system **208** which is part of resource group **220** has a configuration object owners list identifying data processing systems **202**, **208**, and **214** as owners. The configuration object for that application is replicated on data processing systems **202**, **208**, and **214**. An application managed by data processing system **208** which is instead part of resource group **226** has a configuration object owners list identifying data processing systems **208**, **210**, and **212** as owners, with the configuration object for that application being replicated on data processing systems **208**, **210**, and **212**.

FIGS. 2F and 2G similarly illustrate replication of configuration information for data processing systems **210** and **212** belonging to two or more resource groups, groups **222** and **226** and groups **224** and **226** respectively. Configuration and status information for data processing system **210** is replicated among data processing systems **204**, **208**, **212**, and **216**, while configuration and status information for data processing system **212** is replicated on data processing systems **206**, **208**, **210**, and **218**. Configuration objects for applications managed by data processing system **210** which are part of resource group **222** have an associated owners list including data processing systems **204**, **210**, and **216** and are replicated to those data processing systems; configuration objects for applications managed by data processing system

210 which form part of resource group 226 have an associated owners list including data processing systems 208, 210, and 212 and are replicated to those data processing systems. Configuration objects for applications managed by data processing system 212 which are part of resource group 224 have an associated owners list including data processing systems 206, 212, and 218 and are replicated to those data processing systems; configuration objects for applications managed by data processing system 212 which form part of resource group 226 have an associated owners list including data processing systems 208, 210, and 212 and are replicated to those data processing systems.

Each configuration object/database record for a resource group is replicated only to data processing systems within the associated list of owners for the configuration object since that is where the information is most frequently employed. No data processing system in a very large cluster contains configuration and status information for all data processing systems in the entire cluster, except in the unlikely circumstance that an application utilizes all data processing systems in the cluster. In such an event, a configuration object for the application may have an owner list including all data processing systems in the cluster.

Unlike the configuration objects/database records for a resource group, the configuration and status information for a given data processing system is replicated to every data processing system within its sphere of influence (i.e. those data processing systems which form part of at least one resource group with the subject data processing system and therefore might be influenced by failure of the subject data processing system). Thus, for example, data processing systems 202 and 214 each have a sphere of influence 228 depicted in FIG. 2B including data processing systems 202, 208, and 214; data processing systems 204 and 216 each have a sphere of influence 230 depicted in FIG. 2C including data processing systems 204, 210, and 216; data processing systems 206 and 218 each have a sphere of influence 232 depicted in FIG. 2D including data processing systems 206, 212, and 218; data processing system 208 has a sphere of influence 234 depicted in FIG. 2E including data processing systems 202, 208, 210, 212, and 214; data processing system 210 hags a sphere of influence 236 depicted in FIG. 2F including data processing systems 204, 208, 210, 212, and 216; and data processing system 212 has a sphere of influence 238 depicted in FIG. 2G including data processing systems 206, 208, 210, 212, and 218

When an event such as a data processing system failure occurs within a cluster configured for partial replication of configuration and status information in accordance with the present invention, only the resource groups which have the failed data processing system as an owner are affected. Necessary recovery actions are coordinated among all owners on a group by group basis. By allowing a designated list of associated owners and only those owners manage a configuration object/database record, a very large cluster is effectively managed as a collection of autonomous groups which run in parallel.

The complexity of managing a resource group having M data processing systems is $M^2$, and since M is usually much smaller than the size N of a large cluster, significant performance improvements may be achieved both in replicating a configuration and status database and in access information in a database distributed among the M data processing systems. The response time for managing system events is significantly faster sing the complexity of cluster system management has been reduced by a factor of $(M/N)^2$. With the approach of the present invention, both the number of



messages transmitted in a two-phase commit protocol to update a configuration and status database and the database access time are reduced significantly by involving only a subset of data processing systems within the cluster.

A separate, cluster configuration database may be implemented on top of the resource group configuration database. The cluster configuration database would be replicated to all data processing systems within the cluster and contain cluster configuration and status information regarding networks, data processing systems, cluster system events, etc.

The partitioning of the nine-node example depicted in FIGS. 2A–2H in accordance with the present invention will result in a seven different configuration databases. A simplified example of the configuration database managed by node group 228 would be:

```
ha_resource groups{
  ha_resource_group=ha_resource_group_220
  current_computer_id=202;
}
computers{
  computer_id=202
  recovery_status="up";
  computer_id=214
  recovery_status="up";
}
```

A simplified example of the configuration database managed by node group 230 would be:

```
ha_resource_groups{
  ha_resource_group=ha_resource_group_222
  current_computer_id=204;
}
computers{
  computer_id=204
  recovery_status="up";
  computer_id=216
  recovery_status="up";
}
```

A simplified example of the configuration database managed by node group 232 would be:

```
ha_resource_groups{
  ha_resource_group=ha_resource_group_224
  current_computer_id=206;
}
computers{
  computer_id=206
  recovery_status="up";
  computer_id=218
  recovery_status="up";
}
```

A simplified example of the configuration database managed by node group 240 would be:

```
ha_resource_groups{
  ha_resource_group=ha_resource_group_226
  current_computer_id=208;
}
computers{
  computer_id=208
  recovery_status="up";
}
```

A simplified example of the configuration database managed by node group 234 would be:

```
computers{
    computer_id=208
    recovery_status="up";
}
```

A simplified example of the configuration database managed by node group **236** would be:

```
computers{
    computer_id=210
    recovery_status="up";
}
```

And finally, a simplified example of the configuration database managed by node group **238** would be:

```
computers{
    computer_id=212
    recovery_status="up";
}
```

As an example of recovery is such a partitioned system, suppose node **208** should fail. The recovery_status of node **208** is modifed to 'down' by the remaining group members of group **234**, which includes nodes **202**, **214**, **210**, and **212**. The resulting configuration database for node group **234** is:

```
computers{
    computer_id=208
    recovery_status="down";
}
```

The application ha_resource_group_**226**, which was running on node **208** must be restarted on some other node. This application is managed by resource group **240** and therefore may be restarted on either node **210** or node **212**. If node **210** is selected by the two remaining nodes in resource group **240** to run ha_resource_group_**226**, the resulting configuration database for node group **240** would be:

```
ha_resource_groups{
    ha_resource_group=ha_resource_group_226
    current_computer_id=210;
}
```

As an example of quorum condition within resource groups, supposed the entire nine-node cluster is restarted and initially only nodes **202** and **208** are up and running. The application ha_resource_group_**220**, which is managed by group **228**, has reached quorum condition. Nodes **202** and **208** may determine between themselves which node should run ha_resource_group_**220**. This approach allows ha_resource_group_**220** to run without compromising data integrity even though the cluster as a whole does not have quorum—i.e. only 2 nodes are up among the total of nine nodes. The application ha_resource_group_**226**, on the other hand, which is managed by group **240**, has one one node (node **208**) within the group, and therefore does not have quorum condition.

The partial replication management approach of the present invention also handles catastrophes such as network partitions better than a centralized or fully replicated scheme. With partial replication of configuration and status information only among resource group owners, each resource group within a cluster may provide services if more than one half of the data processing systems within the corresponding owner list are online. Therefore, a cluster with partial replication of configuration information may continue to provide reliable services even if broken into small pieces, each much smaller than a quorum of all data processing systems in the cluster.

By partitioning the configuration database and allowing each sub-cluster of servers to manage their configuration, a sub-cluster of servers may start providing services when it reaches "quorum," which may occur before the cluster as a whole reaches quorum. The "quorum" of resource group nodes which must be online need not necessarily be a majority of the node in the resource group, provided that at least one service may be reliably provided by the resource group. Furthermore, it may happen that the cluster may not be able to reach quorum if, for example, multiple failures occur. In such a case, sub-clusters may continue to provide their services as long as they have quorum. This is an advantage accompanying the partial replication method of the present invention, which associates quorum condition with each resource group while existing schemes associate quorum with the cluster as a whole.



Recovery actions and load balancing are performed by servers in each resource group on a per group basis. In other words, the resource allocation decisions are made by servers within a resource group. When multiple resource groups share one or more servers in common, race conditions may occur if resource allocation decisions are not coordinated. For example, FIG. 2A shows a cluster which contains four resource groups, with resource groups **220** and **226** sharing common server **208**, resource groups **222** and **226** sharing common server **210**, and resource groups **224** and **226** sharing common server **212**. Some coordination of load allocation by the resource group managers for these resource groups should be provided.

Resource groups which share one or more servers in common must also share configuration and status information and also coordinate their resource allocation decisions. This is achieved by requiring those servers that are common to both resource groups to serialize resource allocation decisions of both groups. For example, as shown in FIG. 2E, server **208** with sphere of influence **234** is responsible for replicating configuration and status information of resource groups **220** and **226** to each other. Server **208** is also responsible for serializing resource allocation decisions of the two resource groups.

With reference now to FIG. **3**, a high level flowchart for a process of replicating configuration and status information within a cluster containing resource groups in accordance with a preferred embodiment of the present invention is depicted. The process begins at step **302**, which illustrates a change in configuration or status data for a resource within the cluster system. The process then passes to step **304**, which depicts a determination of whether the change is a "cluster-level" change, or a change which should be replicated throughout the cluster system. Some changes in configuration and status information—e.g., failure or reintegration of a node—should be replicated throughout the entire cluster system. For example, if a node is added to the cluster system, all pre-existing nodes, regardless of which resource groups contain the nodes, should be updated to reflect that addition. If the configuration and status information change is a cluster-level change, the process proceeds to step **306**, which illustrates replicating the change throughout the cluster system.

If the configuration and status information change is not a cluster-level change, the process proceeds instead to step **308**, which depicts replicating the change among the node within the resource group affected by the change. Configuration and status information changes which affect only an application or the associated resource group need only be replicated throughout the resource group. A resource group manager, which may simply be the node within the resource group currently having the highest precedence, is utilized to insure proper replication of the configuration and status information change.

The process next passes to step **310**, which illustrates a determination of whether a node within the resource group

is shared with another resource group. If so, the process proceeds to step **312**, which depicts replicating the configuration and status change to all nodes within the other resource group or groups. The node or nodes shared by the different resource groups are responsible for insuring proper replication. In this respect, interlocking resource groups within the cluster system are undesirable since it requires additional replication of configuration and status information. Further replication is not necessary, however, so that the change need not be replicated to resource groups within the cluster system which have no nodes in common with the resource group affected by the change.

Once the information is fully replicated among all nodes within the affected resource group or resource groups having at least one node in common with the affected resource group, or if the affected resource group does not include any nodes shared with another resource group, the process proceeds to step **314**, which illustrates the process becoming idle until a subsequent configuration and status information change is detected.

Referring to FIG. **4**, a high level flowchart for a process of handling node failure within a cluster system including resource groups in accordance with a preferred embodiment of the present invention is illustrated. The process begins at step **402**, which depicts failure of a node within a resource group. The process then passes to step **404**, which illustrates a determination of whether a "quorum" of the resource group (or resource groups, if the failed node was shared) are available. As described above, the quorum need not be a majority, as long as sufficient resources are available within the resource group to reliably provide the service or services for which the resource group is defined.

If a quorum of nodes within the resource group is available, the process proceeds to step **406**, which depicts continuing providing services utilizing available nodes. Some reallocation of resources may be necessary. The process then passes to step **408**, which illustrates a determination of whether the failed node has been restored. If not, the process simply returns to step **408**. If so, however, the process proceeds to step **410**, which depicts reintegrating the node and reallocating resources as necessary.

Referring again to step **404**, if a quorum of nodes is not available, the process proceeds instead to step **412**, which illustrates suspending services from the affected resource group. The process then passes to step **414**, which depicts a determination of whether the failed node has been restored. As described above, if the failed node has not yet been restored, the process simply returns to step **414**. Once the failed node is restored, however, the process proceeds to step **416**, which illustrates reintegrating the node and resuming services from the resource group affected. From either of steps **410** or **416**, the process passes to step **418**, which depicts the process becoming idle until another node failure occurs.

The present invention makes use of the localization feature of a large-scale cluster system to decompose the large-scale full replication problem into a set of fully replicated sub-cluster systems. Records are only replicated to those data processing systems which need that piece of configuration information. Such partial replication reduces the costs of replication and data manipulation significantly. The cost increase only as a function of the number of data processing systems within a resource group, not as a function of the total number of data processing systems. Thus the management scheme of the present invention is highly scalable and applicable to very large cluster systems having in excess of 1,000 data processing systems.



It is important to note that while the present invention has been described in the context of a fully functional cluster multi-processing system, those skilled in the art will appreciate that the mechanism of the present invention is capable of being distributed in the form of a computer readable medium of instructions in a variety of forms, and that the present invention applies equally regardless of the particular type of signal bearing media used to actually carry out the distribution. Examples of computer readable media include: nonvolatile, hard-coded type media such as read only memories (ROMs) or erasable, electrically programmable read only memories (EEPROMs), recordable type media such as floppy disks, hard disk drives and CD-ROMs, and transmission type media such as digital and analog communication links.

While the invention has been particularly shown and described with reference to a preferred embodiment, it will be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention.

What is claimed is:

1. A cluster multiprocessing system, comprising:

a plurality of data processing systems segregated into a plurality of resource groups each including an application and at least two data processing systems;

a plurality of configuration objects each corresponding to a resource group within the plurality of resource groups, each configuration object containing:

configuration and status information for the corresponding resource group; and

an associated owners list identifying data processing systems within the corresponding resource group; and

a configuration database on each data processing system within the cluster multiprocessing system, each configuration database containing at least one configuration object, wherein a configuration object for a resource group is replicated on each data processing system identified in the owners list associated with the configuration object, wherein a configuration database on a data processing system included within X resource groups, where X is greater than one, contains X configuration objects.

2. The cluster multiprocessing system of claim **1**, wherein the cluster multiprocessing system comprises N data processing systems and a resource group within the plurality of resource groups contains M data processing systems, where M is smaller than N.

3. The cluster multiprocessing system of claim **2**, wherein M equals three and N is at least 1,000.

4. The cluster multiprocessing system of claim **1**, wherein each configuration database on a data processing system contains a configuration object for each resource group including the data processing system.

5. The cluster multiprocessing system of claim **1**, wherein the owners list associated with a configuration object identifies data processing systems which may alter the configuration object.

6. The cluster multiprocessing system of claim **1**, wherein a configuration object may only be altered by a data processing system identified within the owners list associated with the configuration object.

7. A method of managing cluster configuration information, comprising:

dividing a cluster into a plurality of resource groups each including an application and at least two data processing systems;

instantiating a plurality of configuration objects corresponding to the plurality of resource groups, each configuration object containing:

configuration and status information for a corresponding resource group; and

an associated owners list identifying data processing systems within the corresponding resource group; and

maintaining a configuration database on each data processing system within the cluster multiprocessing system, each configuration database containing at least one configuration object, wherein the configuration database on a data processing system contains each configuration object for a resource group which identifies the data processing system as an owner in the owners list associated with the configuration object, wherein a configuration database on a data processing system included within X resource groups, where X is greater than one, contains X configuration objects.

8. The method of claim 7, further comprising:

replicating a configuration object on each data processing system identified within the owners list associated with the configuration object.

9. The method of claim 7, wherein the step of maintaining a configuration database on each data processing system within the cluster multiprocessing system further comprises:

maintaining, within the configuration database on a data processing system, a copy of a configuration object for each resource group including the data processing system.

10. The method of claim 7, wherein the step of instantiating a plurality of configuration objects corresponding to the plurality of resource groups further comprises:

listing, within the owners list associated with a configuration object, data processing systems permitted to alter the configuration object.

11. The method of claim 7, wherein the step of instantiating a plurality of configuration objects corresponding to the plurality of resource groups further comprises:

instantiating one configuration object for a resource group on each data processing system within the resource group.

12. A computer-readable medium having stored thereon computer executable instructions for implementing a method for managing cluster configuration information, said computer executable instructions when executed perform the steps of:

dividing a cluster into a plurality of resource groups each including an application and at least two data processing systems;



instantiating a plurality of configuration objects corresponding to the plurality of resource groups, each configuration object containing:

configuration and status information for a corresponding resource group; and

an associated owners list identifying data processing systems within the corresponding resource group; and

maintaining a configuration database on each data processing system within the cluster multiprocessing system, each configuration database containing at least one configuration object, wherein the configuration database on a data processing system contains each configuration object for a resource group which identifies the data processing system as an owner in the owners list associated with the configuration object, wherein a configuration database on a data processing system included within X resource groups, where X is greater than one, contains X configuration objects.

13. The computer-readable medium of claim 12, further comprising:

replicating a configuration object on each data processing system identified within the owners list associated with the configuration object.

14. The computer-readable medium of claim 12, wherein the step of maintaining a configuration database on each data processing system within the cluster multiprocessing system further comprises:

maintaining, within the configuration database on a data processing system, a copy of a configuration object for each resource group including the data processing system.

15. The computer-readable medium of claim 12, wherein the step of instantiating a plurality of configuration objects corresponding to the plurality of resource groups further comprises:

listing, within the owners list associated with a configuration object, data processing systems permitted to alter the configuration object.

16. The computer-readable medium of claim 12, wherein the step of instantiating a plurality of configuration objects corresponding to the plurality of resource groups further comprises:

instantiating one configuration object for a resource group on each data processing system within the resource group.

* * * * *

# EXHIBIT B

US007412479B2

# (12) United States Patent
Arendt et al.

(10) **Patent No.:** **US 7,412,479 B2**
(45) **Date of Patent:** **Aug. 12, 2008**

(54) **HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT SCHEME**

(75) Inventors: **James W. Arendt**, Round Rock, TX (US); **Ching-Yun Chao**, Austin, TX (US); **Rodolfo Ausgusto Mancisidor**, Austin, TX (US)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 865 days.

(21) Appl. No.: **10/042,412**

(22) Filed: **Jan. 7, 2002**

(65) **Prior Publication Data**

US 2002/0091814 A1 Jul. 11, 2002

**Related U.S. Application Data**

(62) Division of application No. 09/114,051, filed on Jul. 10, 1998, now Pat. No. 6,427,163.

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
*G06F 15/173* (2006.01)

(52) **U.S. Cl.** .......................... **709/200**; 709/4; 709/249; 709/239; 714/14; 714/57; 714/10

(58) **Field of Classification Search** .................. 709/13, 709/201, 226, 203, 220, 200; 707/10, 201, 707/202; 714/11, 13
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,367,635 A 11/1994 Bauer et al.
5,404,532 A 4/1995 Allen et al.

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 09/164,130, filed Sep. 30, 1998, James W. Arendt, et al.

(Continued)

*Primary Examiner*—Nathan J. Flynn
*Assistant Examiner*—Jude J Jean Gilles
(74) *Attorney, Agent, or Firm*—Jeffrey S. LaBaw; Dillon & Yudell LLP

(57) **ABSTRACT**

A cluster system is treated as a set of resource groups, each resource group including an highly available application and the resources upon which it depends. A resource group may have between 2 and M data processing systems, where M is small relative to the cluster size N of the total cluster. Configuration and status information for the resource group is fully replicated only on those data processing systems which are members of the resource group. A configuration object/database record for the resource group has an associated owner list identifying the data processing systems which are members of the resource group and which may therefore manage the application. A data processing system may belong to more than one resource group, however, and configuration and status information for the data processing system is replicated to each data processing system which could be affected by failure of the subject data processing system—that is, any data processing system which belongs to at least one resource group also containing the subject data processing system. The partial replication scheme of the present invention allows resource groups to run in parallel, reduces the cost of data replication and access, is highly scalable and applicable to very large clusters, and provides better performance after a catastrophe such as a network partition.

**6 Claims, 6 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,717,911 | A | | 2/1998 | Madrid et al. | |
| 5,808,911 | A | | 9/1998 | Tucker et al. | |
| 5,822,531 | A | * | 10/1998 | Gorczyca et al. | 709/221 |
| 5,822,583 | A | | 10/1998 | Tabuchi | |
| 5,828,882 | A | | 10/1998 | Hinckley et al. | |
| 5,832,264 | A | | 11/1998 | Hart et al. | |
| 5,838,969 | A | | 11/1998 | Jacklin et al. | |
| 5,852,724 | A | | 12/1998 | Glenn, II et al. | |
| 5,867,707 | A | | 2/1999 | Nishida et al. | |
| 5,872,971 | A | | 2/1999 | Knapman et al. | |
| 5,951,680 | A | | 9/1999 | Redlin et al. | |
| 6,003,075 | A | | 12/1999 | Arendt et al. | |
| 6,038,677 | A | | 3/2000 | Lawlor et al. | |
| 6,047,323 | A | * | 4/2000 | Krause | 709/227 |
| 6,058,490 | A | | 5/2000 | Allen et al. | |
| 6,101,508 | A | * | 8/2000 | Wolff | 709/223 |
| 6,108,699 | A | | 8/2000 | Moiin | |
| 6,151,684 | A | | 11/2000 | Alexander et al. | |
| 6,170,009 | B1 | | 1/2001 | Mandal et al. | |
| 6,178,529 | B1 | * | 1/2001 | Short et al. | 714/51 |
| 6,182,157 | B1 | | 1/2001 | Schlener et al. | |
| 6,212,676 | B1 | | 4/2001 | Seaman et al. | |
| 6,226,693 | B1 | | 5/2001 | Chow et al. | |
| 6,233,623 | B1 | | 5/2001 | Jeffords et al. | |
| 6,314,526 | B1 | | 11/2001 | Arendt et al. | |
| 6,360,331 | B2 | * | 3/2002 | Vert et al. | 714/4 |
| 6,438,705 | B1 | * | 8/2002 | Chao et al. | 714/4 |
| 2002/0091814 | A1 | * | 7/2002 | Arendt et al. | 709/223 |

OTHER PUBLICATIONS

Urban, S.D., et al. "The Implementation and Evaluation of Integrity Maintenance Rules in an Object-Oriented Database", IEEE Confer. On Data Engineering, pp. 565-572, Feb. 1992.

Tsalgatidou, A. et al., "Rule-Base Behavioural Modelling of Information Systems", IEEE Confer. On system Sciences, pp. 409-418, Jan. 1993.

Karadimce, A. P., et al., "Conditional Term Rewriting as a Formal Basis for Analysis of Active Database Rules", IEEE Workshop on Research Issues in Data Engineering, pp. 156-162, Feb. 1994.

* cited by examiner




Figure 1




Figure 2A




Figure 2B




Figure 2C




Figure 2D




Figure 2E




Figure 2F




Figure 2G




Figure 2H



Configuration/status data changes
302
Cluster-level change?
304
yes
no
308
306
Replicate among resource group nodes
Replicate throughout cluster
Node shared by other resource group(s)?
310
yes
312
no
Replicate change to other resource group(s)
314
Idle


Figure 3



Node fails
402
404
Quorum of resource group(s) available?
yes
no
406
412
Continue providing service(s) with available node(s)
Suspend service(s)
no
408
no
414
Failed node restored?
Failed node restored?
yes
410
yes
416
Reintegrate, reallocate resources
Reintegrate, resume suspended service(s)
418
Idle


Figure 4

# HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT SCHEME

## RELATED APPLICATIONS

This is a Division of application Ser. No. 09/114,051, filed Jul. 10, 1998, now U.S. Pat. No. 6,427,163.

The present invention is related to the subject matter of commonly assigned, copending U.S. patent applications Ser. No. 09/164,130 entitled "A Rule-Based Cluster System Management Model" and filed Sep. 30, 1998 and Ser. No. 09/113674 entitled "A Highly Scalable and Highly Available Cluster System Management Scheme" and filed Jul. 10, 1998. The content of the above-referenced applications are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

1. Technical Field

The present invention relates in general to cluster system management and in particular to management of very large scale clusters. Still more particularly, the present invention relates to partially distributing cluster configuration information for managing a very large scale cluster.

2. Description of the Related Art

A cluster system, also referred to as a cluster multiprocessor system (CMP) or simply as a "cluster," is a set of networked data processing systems with hardware and software shared among those data processing systems, typically but not necessarily configured to provide highly available and highly scalable application services. Cluster systems are frequently implemented to achieve high availability, an alternative to fault tolerance for mission-critical applications such as aircraft control and the like. Fault tolerant data processing systems rely on specialized hardware to detect hardware faults and switch to a redundant hardware component, regardless of whether the component is a processor, memory board, hard disk drive, adapter, power supply, etc. While providing seamless cutover and uninterrupted performance, fault tolerant systems are expensive, due to the redundant hardware requirement, and fail to address software errors, a more common source of data processing system failure.

High availability utilizes standard hardware, but provides software allowing resources to be shared system wide. When a node, component, or application fails, an alternative path to the desired resource is quickly established. The brief interruption required to reestablish availability of the resource is acceptable in many situations. The hardware costs are significantly less than fault tolerant systems, and backup facilities may be utilized during normal operation. An example of the software utilized for these purposes is the HACMP (High Availability Cluster Multiprocessing) for AIX® (Advanced Interactive Executive) software available from International Business Machines Corporation of Armonk, N.Y. and the RS6000 SP software available from International Business Machines Corporation.

The cluster system management problem is a special class of the general system management problem, with additional resource dependency and management policy constraints. In particular, the maintenance of cluster configuration information required for system management poses a special problem. The cluster configuration information required for system management is typically stored in a database, which is either centralized or replicated to more than one data processing system for high availability. The data processing system



which manages a centralized cluster configuration database becomes a potential bottleneck and a single point of failure.

To avoid the problems of a centralized cluster configuration database, the database may be replicated and maintained on a number of data processing systems within the cluster. In a small cluster, the system configuration and status information may be readily replicated to all data processing systems in the cluster for use by each data processing system in performing system management functions such as failure recovery and load balancing. Full replication provides a highly available cluster configuration database and performs adequately as long as the cluster size remains small (2 to 8 data processing systems). In a very large cluster, however, the costs associated with full replication are prohibitively high.

In order to keep a distributed database in a consistent state at all times, a two-phase commit protocol may be utilized. For a fully replicated database (i.e. every data processing system has a copy), 2N messages must be exchanged for each write operation, where N is the number of data processing systems in the cluster. Thus, while the size of a cluster configuration/status database grows linearly with respect to cluster size, access time to the database grows either linearly or logarithmically with respect to cluster size. Moreover, when bringing up a cluster, the number of events (and therefore the amount of status information which needs to be updated) grows linearly with respect to cluster size. Hence, the time or cost required to bring up a cluster with a fully replicated distributed cluster configuration database grows on the order of $N^2$. The complexity of cluster system management may thus be characterized as being on the order of $N^2$. For very large scale cluster systems (over 1,000 data processing systems), full replication of the cluster configuration database becomes unwieldy.

Another critical issue in highly available cluster systems is how to handle network partitions. Network partitions occur if a cluster is divided into two or more parts, where data processing systems in one part cannot communicate with data processing systems in another part. When a network partition occurs, it is crucial not to run multiple copies of the same application, especially a database application such as the cluster configuration database, from these (temporarily) independent parts of the cluster. A standard way of handling this problem is to require that a cluster remain offline unless it reaches quorum. The definition of quorum varies. In some implementations, a majority quorum is employed and a portion of the cluster is said to have reached quorum when the number of active servers in that portion is at least N/2+1. A different scheme may require a smaller number of servers to be active to reach quorum as long as the system can guarantee that at most only one portion of the cluster can reach quorum. In a very large scale cluster, the condition for quorum tends to be too restrictive. A majority quorum is used herein, although the invention is applicable to other forms of quorum.

Thus, when a network partition occurs, only the portion of the cluster (if any) which contains the majority of the data processing systems in the cluster may run applications. Stated differently, no services are provided by the cluster unless at least one half of the data processing systems within the cluster are online.

It would be desirable, therefore, to provide a mechanism for maintaining a distributed database containing cluster configuration information without incurring the costs associated with full replication. It would further be advantageous for the mechanism to be scalable and applicable to clusters of any size, even those larger than 1,000 data processing systems. It

would further be advantageous to permit cluster portions to continue providing services after a network partition even if a quorum has not been reached.

## SUMMARY OF THE INVENTION

It is therefore one object of the present invention to provide an improved method and apparatus for cluster system management.

It is another object of the present invention to provide and improved method and apparatus for management of very large scale clusters.

It is yet another object of the present invention to provide a method and apparatus for partially distributing cluster configuration information for managing a very large scale cluster.

The foregoing objects are achieved as is now described. A cluster system is treated as a set of resource groups, each resource group including a highly available application and the resources upon which it depends. A resource group may have between 2 and M data processing systems, where M is small relative to the cluster size N of the total cluster. Configuration and status information for the resource group is fully replicated only on those data processing systems which are members of the resource group. A configuration object/database record for the resource group has an associated owner list identifying the data processing systems which are members of the resource group and which may therefore manage the application. A data processing system may belong to more than one resource group, however, and configuration and status information for the data processing system is replicated to each data processing system which could be affected by failure of the subject data processing system—that is, any data processing system which belongs to at least one resource group also containing the subject data processing system. The partial replication scheme of the present invention allows resource groups to run in parallel, reduces the cost of data replication and access, is highly scalable and applicable to very large clusters, and provides better performance after a catastrophe such as a network partition.

The above as well as additional objects, features, and advantages of the present invention will become apparent in the following detailed written description.

## BRIEF DESCRIPTION OF THE DRAWINGS

The novel features believed characteristic of the invention are set forth in the appended claims. The invention itself however, as well as a preferred mode of use, further objects and advantages thereof, will best be understood by reference to the following detailed description of an illustrative embodiment when read in conjunction with the accompanying drawings, wherein:

FIG. 1 depicts a block diagram of a cluster multi-processing system in which a preferred embodiment of the present invention may be implemented;

FIGS. 2A-2H are diagrams of configuration information distribution among cluster system data processing systems and resource groups in accordance with a preferred embodiment of the present invention;

FIG. 3 depicts a high level flowchart for a process of replicating configuration and status information within a cluster containing resource groups in accordance with a preferred embodiment of the present invention; and

FIG. 4 is a high level flowchart for a process of handling node failure within a cluster system including resource groups in accordance with a preferred embodiment of the present invention.

## DETAILS DESCRIPTION OF TEE PREFERRED EMBODIMENT

With reference now to the figures, and in particular with reference to FIG. 1, a block diagram of a cluster multiprocessing system in which a preferred embodiment of the present invention may be implemented is depicted. System 102 includes a plurality of server nodes 104-110, each typically identified by a unique name. Each node 104-110 may be a symmetric multiprocessor (SMP) data processing system such as a RISC System/6000® system available from International Business Machines Corporation of Armonk, N.Y. or a data processing system functioning as a Windows NT™ server.

Each node 104-110 within system 102 includes an operating system, such as the Advanced Interactive Executive (AIX®) operating system available from International Business Machines Corporation of Armonk, N.Y. or the Windows NT™ operating system available from Microsoft Corporation of Redmond, Wash. Nodes 104-110 within system 102 also include high availability cluster software capable of running on top of or in conjunction with the operating system. This high availability cluster software includes the features described below.

Nodes 104-110 are connected to public local area networks 112-114, which may be an Ethernet, Token-Ring, fiber distributed data interface (FDDI), or other network. Public networks 112-114 provide clients 116-120 with access to servers 104-110. Clients 116-120 are data processing systems which may access, each running a "front end" or client application which queries server applications running on nodes 104-110.

Typically, each node 104-110 runs server or "back end" applications which access data on shared external disks 122-126 via disk buses 128-130. Nodes 104-110 may also be connected by an additional network 132 or networks. For example, a private network may provide point-to-point connection between nodes 104-110 within system 102, with no access provided to clients 116-120. The private network, if available, may be utilized for lock traffic, and may be an Ethernet, Token-Ring, FDDI, or serial optical channel connector (SOCC) network. A serial network may also provide point-to-point communication between nodes 104-110, used for control messages and heartbeat traffic in the event that an alternative subsystem fails.

As depicted in the exemplary embodiment, system 102 may include some level of redundancy to eliminate single points of failure. For example, each node 104-110 may be connected to each public network 112-114 by two network adapters (not shown): a service adapter providing the primary active connection between a node and network and a standby adapter which substitutes for the service adapter in the event that the service adapter fails. Thus, when a resource within system 102 becomes unavailable, alternative resources may be quickly substituted for the failed resource.

Those of ordinary skill in the art will appreciate that the hardware depicted in the exemplary embodiment of FIG. 1 may vary. For example, a system may include more or fewer nodes, additional clients, and/or other connections not shown. Additionally, system 102 in accordance with the present invention includes reliable communications and synchronizations among data processing systems 104-110, and an integrated cluster system management facility, described in further detail below.

Referring to FIGS. 2A-2H, diagrams of configuration information distribution among cluster system data processing systems and resource groups in accordance with a preferred embodiment of the present invention is depicted. In the

present invention, the cluster is treated as a system of resource groups and cluster configuration information for each data processing system within a resource group is replicated only to all other data processing systems in that resource group.

One major use of cluster configuration information is to make cluster resources highly available. As an example, if a data processing system within a cluster fails, applications on that data processing system will migrate to other data processing systems. Therefore, services provided by a failed data processing system will, after a brief interruption, be continuously available. For an application or other resource to be highly available, a number of data processing systems within the cluster are configured to run that application or resource, although usually at most only one data processing system manages one highly available application at any single instant in time.

In accordance with the present invention, a highly available application and all those resources upon which it depends form a resource group. Each resource group has an ordered list of data processing systems which may manage the group. The number of data processing systems within a resource group varies from 2 to M, where M is typically very small as compared to the cluster size N for a large cluster. The configuration and status information is organized as configuration objects within a database, with each highly available resource group having a configuration and status object. The configuration and status object for a resource group has an associated list of owners, which is identical to the list of data processing systems which may manage the corresponding resource group. The configuration and status information object is replicated only to data processing systems within the list of owners.

The exemplary embodiment of FIG. 2A depicts nine data processing systems **202-218** organized as four resource groups **220-226**. Within each resource group **220-226**, typically only one data processing system manages a given application for that resource group at any given time. However, other data processing systems are designated to assume management of the application should the primary data processing system fail. A configuration object for each resource group **220-226** is replicated to each data processing system within the resource group. Each data processing system within the resource group is listed as an owner of the configuration object for the resource group. The configuration object contains cluster configuration and status information relevant to the resource group or resource, which includes: topology information such as data processing systems, networks, network interface cards (adapters), and network connectivity information; resource group information such as application packages for an application type of resource, shared disks for a shared disk type of resource, data processing system and disk connectivity information, service IP addresses for a service IP address types of resource, data processing systems where applications are installed and configured, management policies, management rules, and resource dependency relationships; and cluster system status information such as status of data processing systems, status of networks, status of network interface cards, status of shared disks, status of applications, and status of event processing. A configuration object may also contain rules for adding/modifying/deleting data processing systems, networks, network interface cards, shared disks, resource groups, and resources, as well as rules for evaluating resource dependency.

FIGS. 2B through 2H illustrate replication of status and performance information for a given data processing system within a resource group. As shown in FIG. 2B, data processing system **202** is a member of resource group **220**. Accordingly, configuration and status information for data processing system **202** is replicated among other data processing systems within the resource group, including data processing systems **208** and **214**. The configuration object for any application managed by data processing system **202** lists data processing systems **202**, **208**, and **214** as owners within an owner list associated with the configuration object. Data processing system **214** is also a member of resource group **220**, and therefore configuration and status information for data processing system **214** is also replicated to data processing systems **202** and **208**, and configuration objects for applications managed by data processing system **214** list data processing systems **202**, **208**, and **214** as owners.

FIGS. 2C and 2D similarly illustrate replication of configuration information for data processing systems **204** and **216** of resource group **222** and data processing systems **206** and **218** of resource group **224**, respectively. Configuration and status information for data processing systems **204** and **216** are replicated on each of data processing systems **204**, **210**, and **216**, while configuration and status information for data processing systems **206** and **218** are replicated on each of data processing systems **206**, **212**, and **218**. Applications managed by data processing system **204** or **216** have a configuration object owners list including data processing systems **204**, **210**, and **216**, and the configuration objects themselves are replicated to each of data processing systems **204**, **210**, and **216**. Similarly, applications managed by data processing system **206** or **218** have a configuration object owners list designating data processing systems **206**, **212**, and **218** as owners with the configuration objects replicated to each of data processing systems **206**, **212**, and **218**.

FIG. 2E illustrates replication of information where a data processing system **208** belongs to two or more overlapping resource groups **220** and **226**. Configuration and status information for data processing system **208** is replicated to each data processing system belonging to at least one resource group including data processing system **208**, which includes resource groups **220** and **226** and therefore data processing systems **202**, **210**, **212**, and **214**. Configuration objects for applications managed by data processing system **208** have an owners list including each of the data processing systems belonging to a corresponding resource group, and are replicated to each of those data processing systems. Thus, for example, an application managed by data processing system **208** which is part of resource group **220** has a configuration object owners list identifying data processing systems **202**, **208**, and **214** as owners. The configuration object for that application is replicated on data processing systems **202**, **208**, and **214**. An application managed by data processing system **208** which is instead part of resource group **226** has a configuration object owners list identifying data processing systems **208**, **210**, and **212** as owners, with the configuration object for that application being replicated on data processing systems **208**, **210**, and **212**.

FIGS. 2F and 2G similarly illustrate replication of configuration information for data processing systems **210** and **212** belonging to two or more resource groups, groups **222** and **226** and groups **224** and **226** respectively. Configuration and status information for data processing system **210** is replicated among data processing systems **204**, **208**, **212**, and **216**, while configuration and status information for data processing system **212** is replicated on data processing systems **206**, **208**, **210**, and **218**. Configuration objects for applications managed by data processing system **210** which are part of resource group **222** have an associated owners list including data processing systems **204**, **210**, and **216** and are replicated to those data processing systems; configuration objects for

applications managed by data processing system **210** which form part of resource group **226** have an associated owners list including data processing systems **208**, **210**, and **212** and are replicated to those data processing systems. Configuration objects for applications managed by data processing system **212** which are part of resource group **224** have an associated owners list including data processing systems **206**, **212**, and **218** and are replicated to those data processing systems; configuration objects for applications managed by data processing system **212** which form part of resource group **226** have an associated owners list including data processing systems **208**, **210**, and **212** and are replicated to those data processing systems.

Each configuration object/database record for a resource group is replicated only to data processing systems within the associated list of owners for the configuration object since that is where the information is most frequently employed. No data processing system in a very large cluster contains configuration and status information for all data processing systems in the entire cluster, except in the unlikely circumstance that an application utilizes all data processing systems in the cluster. In such an event, a configuration object for the application may have an owner list including all data processing systems in the cluster.

Unlike the configuration objects/database records for a resource group, the configuration and status information for a given data processing system is replicated to every data processing system within its sphere of influence (i.e. those data processing systems which form part of at least one resource group with the subject data processing system and therefore might be influenced by failure of the subject data processing system). Thus, for example, data processing systems **202** and **214** each have a sphere of influence **228** depicted in FIG. 2B including data processing systems **202**, **208**, and **214**; data processing systems **204** and **216** each have a sphere of influence **230** depicted in FIG. 2C including data processing systems **204**, **210**, and **216**; data processing systems **206** and **218** each have a sphere of influence **232** depicted in FIG. 2D including data processing systems **206**, **212**, and **218**; data processing system **208** has a sphere of influence **234** depicted in FIG. 2E including data processing systems **202**, **208**, **210**, **212**, and, **214**; data processing system **210** has a sphere of influence **236** depicted in FIG. 2F including data processing systems **204**, **208**, **210**, **212**, and **216**; and data processing system **212** has a sphere of influence **238** depicted in FIG. 2G including data processing systems **206**, **208**, **210**, **212**, and **218**.

When an event such as a data processing system failure occurs within a cluster configured for partial replication of configuration and status information in accordance with the present invention, only the resource groups which have the failed data processing system as an owner are affected. Necessary recovery actions are coordinated among all owners on a group by group basis. By allowing a designated list of associated owners and only those owners manage a configuration object/database record, a very large cluster is effectively managed as a collection of autonomous groups which run in parallel.

The complexity of managing a resource group having M data processing systems is $M^2$, and since M is usually much smaller than the size N of a large cluster, significant performance improvements may be achieved both in replicating a configuration and status database and in access information in a database distributed among the M data processing systems. The response time for managing system events is significantly faster sing the complexity of cluster system management has been reduced by a factor of $(M/N)^2$. With the approach of the present invention, both the number of messages transmitted in a two-phase commit protocol to update a configuration and status database and the database access time are reduced significantly by involving only a subset of data processing systems within the cluster.

A separate, cluster configuration database may be implemented on top of the resource group configuration database. The cluster configuration database would be replicated to all data processing systems within the cluster and contain cluster configuration and status information regarding networks, data processing systems, cluster system events, etc.

The partitioning of the nine-node example depicted in FIGS. 2A-2H in accordance with the present invention will result in a seven different configuration databases. A simplified example of the configuration database managed by node group **228** would be:

```
ha_resource_groups{
    ha_resource_group=ha_resource_group_220
    current_computer_id=202;
}
computers{
    computer_id=202
    recovery_status="up";
    computer_id=214
    recovery_status="up";
}
```

A simplified example of the configuration database managed by node group **230** would be:

```
ha_resource_groups{
    ha_resource_group=ha_resource_group_222
    current_computer_id=204;
}
computers{
    computer_id=204
    recovery_status="up";
    computer_id=216
    recovery_status="up";
}
```

A simplified example of the configuration database managed by node group **232** would be:

```
ha_resource_groups{
    ha_resource_group=ha_resource_group_224
    current_computer_id=206;
}
computers{
    computer_id=206
    recovery_status="up";
    computer_id=218
    recovery_status="up";
}
```

A simplified example of the configuration database managed by node group **240** would be:

```
ha_resource_groups{
    ha_resource_group=ha_resource_group_226
    current_computer_id=208;
}
computers{
    computer_id=208
    recovery_status="up";
}
```

A simplified example of the configuration database managed by node group **234** would be:

```
computers{
    computer_id=208
    recovery_status="up";
}
```

A simplified example of the configuration database managed by node group **236** would be:

```
computers{
    computer_id=210
    recovery_status="up";
}
```

And finally, a simplified example of the configuration database managed by node group **238** would be:

```
computers{
    computer_id=212
    recovery_status="up";
}
```

As an example of recovery is such a partitioned system, suppose node **208** should fail. The recovery_status of node **208** is modified to 'down' by the remaining group members of group **234**, which includes nodes **202**, **214**, **210**, and **212**. The resulting configuration database for node group **234** is:

```
computers{
    computer_id=208
    recovery_status="down";
}
```

The application ha_resource_group_**226**, which was running on node **208** must be restarted on some other node. This application is managed by resource group **240** and therefore may be restarted on either node **210** or node **212**. If node **210** is selected by the two remaining nodes in resource group **240** to run ha_resource_group_**226**, the resulting configuration database for node group **240** would be:

```
ha_resource_groups{
    ha_resource_group=ha_resource_group_226
    current_computer_id=210;
}
```

As an example of quorum condition within resource groups, supposed the entire nine-node cluster is restarted and initially only nodes **202** and **208** are up and running. The application ha_resource_group_**220**, which is managed by group **228**, has reached quorum condition. Nodes **202** and **208** may determine between themselves which node should run ha_resource_group_**220**. This approach allows ha_resource_group_**220** to run without compromising data integrity even though the cluster as a whole does not have quorum—i.e. only 2 nodes are up among the total of nine nodes.

The application ha_resource_group_**226**, on the other hand, which is managed by group **240**, has one node (node **208**) within the group, and therefore does not have quorum condition.

The partial replication management approach of the present invention also handles catastrophes such as network partitions better than a centralized or fully replicated scheme. With partial replication of configuration and status information only among resource group owners, each resource group within a cluster may provide services if more than one half of the data processing systems within the corresponding owner list are online. Therefore, a cluster with partial replication of configuration information may continue to provide reliable services even if broken into small pieces, each much smaller than a quorum of all data processing systems in the cluster.

By partitioning the configuration database and allowing each sub-cluster of servers to manage their configuration, a sub-cluster of servers may start providing services when it reaches "quorum," which may occur before the cluster as a whole reaches quorum. The "quorum" of resource group nodes which must be online need not necessarily be a majority of the node in the resource group, provided that at least one service may be reliably provided by the resource group. Furthermore, it may happen that the cluster may not be able to reach quorum if, for example, multiple failures occur. In such a case, sub-clusters may continue to provide their services as long as they have quorum. This is an advantage accompanying the partial replication method of the present invention, which associates quorum condition with each resource group while existing schemes associate quorum with the cluster as a whole.

Recovery actions and load balancing are performed by servers in each resource group on a per group basis. In other words, the resource allocation decisions are made by servers within a resource group. When multiple resource groups share one or more servers in common, race conditions may occur if resource allocation decisions are not coordinated. For example, FIG. 2A shows a cluster which contains four resource groups, with resource groups **220** and **226** sharing common server **208**, resource groups **222** and **226** sharing common server **210**, and resource groups **224** and **226** sharing common server **212**. Some coordination of load allocation by the resource group managers for these resource groups should be provided.

Resource groups which share one or more servers in common must also share configuration and status information and also coordinate their resource allocation decisions. This is achieved by requiring those servers that are common to both resource groups to serialize resource allocation decisions of both groups. For example, as shown in FIG. 2E, server **208** with sphere of influence **234** is responsible for replicating configuration and status information of resource groups **220** and **226** to each other. Server **208** is also responsible for serializing resource allocation decisions of the two resource groups.

With reference now to FIG. **3**, a high level flowchart for a process of replicating configuration and status information within a cluster containing resource groups in accordance with a preferred embodiment of the present invention is depicted. The process begins at step **302**, which illustrates a change in configuration or status data for a resource within the cluster system. The process then passes to step **304**, which depicts a determination of whether the change is a "cluster-level" change, or a change which should be replicated throughout the cluster system. Some changes in configuration and status information—e.g., failure or reintegration of a node—should be replicated throughout the entire cluster sys-

tem. For example, if a node is added to the cluster system, all pre-existing nodes, regardless of which resource groups contain the nodes, should be updated to reflect that addition. If the configuration and status information change is a cluster-level change, the process proceeds to step **306**, which illustrates replicating the change throughout the cluster system.

If the configuration and status information change is not a cluster-level change, the process proceeds instead to step **308**, which depicts replicating the change among the node within the resource group affected by the change. Configuration and status information changes which affect only an application or the associated resource group need only be replicated throughout the resource group. A resource group manager, which may simply be the node within the resource group currently having the highest precedence, is utilized to insure proper replication of the configuration and status information change.

The process next passes to step **310**, which illustrates a determination of whether a node within the resource group is shared with another resource group. If so, the process proceeds to step **312**, which depicts replicating the configuration and status change to all nodes within the other resource group or groups. The node or nodes shared by the different resource groups are responsible for insuring proper replication. In this respect, interlocking resource groups within the cluster system are undesirable since it requires additional replication of configuration and status information. Further replication is not necessary, however, so that the change need not be replicated to resource groups within the cluster system which have no nodes in common with the resource group affected by the change.

Once the information is fully replicated among all nodes within the affected resource group or resource groups having at least one node in common with the affected resource group, or if the affected resource group does not include any nodes shared with another resource group, the process proceeds to step **314**, which illustrates the process becoming idle until a subsequent configuration and status information change is detected.

Referring to FIG. **4**, a high level flowchart for a process of handling node failure within a cluster system including resource groups in accordance with a preferred embodiment of the present invention is illustrated. The process begins at step **402**, which depicts failure of a node within a resource group. The process then passes to step **404**, which illustrates a determination of whether a "quorum" of the resource group (or resource groups, if the failed node was shared) are available. As described above, the quorum need not be a majority, as long as sufficient resources are available within the resource group to reliably provide the service or services for which the resource group is defined.

If a quorum of nodes within the resource group is available, the process proceeds to step **406**, which depicts continuing providing services utilizing available nodes. Some reallocation of resources may be necessary. The process then passes to step **408**, which illustrates a determination of whether the failed node has been restored. If not, the process simply returns to step **408**. If so, however, the process proceeds to step **410**, which depicts reintegrating the node and reallocating resources as necessary.

Referring again to step **404**, if a quorum of nodes is not available, the process proceeds instead to step **412**, which illustrates suspending services from the affected resource group. The process then passes to step **414**, which depicts a determination of whether the failed node has been restored. As described above, if the failed node has not yet been restored, the process simply returns to step **414**. Once the failed node is restored, however, the process proceeds to step **416**, which illustrates reintegrating the node and resuming services from the resource group affected. From either of steps **410** or **416**, the process passes to step **418**, which depicts the process becoming idle until another node failure occurs.

The present invention makes use of the localization feature of a large-scale cluster system to decompose the large-scale full replication problem into a set of fully replicated sub-cluster systems. Records are only replicated to those data processing systems which need that piece of configuration information. Such partial replication reduces the costs of replication and data manipulation significantly. The cost increase only as a function of the number of data processing systems within a resource group, not as a function of the total number of data processing systems. Thus the management scheme of the present invention is highly scalable and applicable to very large cluster systems having in excess of 1,000 data processing systems.

It is important to note that while the present invention has been described in the context of a fully functional cluster multi-processing system, those skilled in the art will appreciate that the mechanism of the present invention is capable of being distributed in the form of a computer readable medium of instructions in a variety of forms, and that the present invention applies equally regardless of the particular type of signal bearing media used to actually carry out the distribution. Examples of computer readable media include: nonvolatile, hard-coded type media such as read only memories (ROMs) or erasable, electrically programmable read only memories (EEPROMs), recordable type media such as floppy disks, hard disk drives and CD-ROMs, and transmission type media such as digital and analog communication links.

While the invention has been particularly shown and described with reference to a preferred embodiment, it will be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention.

What is claimed is:

**1**. A method of partially replicating configuration information in a distributed database, comprising:

defining a subset of data processing systems within a cluster system as a resource group, wherein a data processing system may be a member of more than one resource group;

defining configuration data for the resource group by instantiating a configuration object containing configuration and status information for a highly available application corresponding to the resource group and having an associated list of data processing systems within the resource group; and

replicating the configuration data only on each data processing system within the resource group.

**2**. The method of claim **1**, wherein the step of defining a subset of data processing systems within a cluster as a resource group further comprises:

defining a highly available application and each data processing system designated to manage the application as a resource group.

**3**. The method of claim **2**, wherein the step of defining a highly available application and each data processing system managing the application as a resource group further comprises:

defining a plurality of resource groups for each highly available application within the cluster, each resource group including all data processing systems managing the corresponding application.

4. The method of claim 1, wherein the step of replicating the configuration data only on each data processing system within the resource group further comprises:

replicating the configuration object on each data processing system identified in an owners list associated with the configuration object.

5. The method of claim 1, wherein the step of replicating the configuration data only on each data processing system within the resource group further comprises:



replicating, on a data processing system, a configuration object for each resource group including the data processing system.

6. The method of claim 1, further comprising:

maintaining, on a data processing system, a configuration object for each resource group including the data processing system and no configuration objects for other resource groups.

* * * * *

# **EXHIBIT C**

US007870234B2

(12) **United States Patent**
**Arendt et al.**

(10) **Patent No.: US 7,870,234 B2**
(45) **Date of Patent: Jan. 11, 2011**

(54) **HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT SCHEME**

(75) Inventors: **James W. Arendt**, Round Rock, TX (US); **Ching-Yun Chao**, Austin, TX (US); **Rodolfo Ausgusto Mancisidor**, Austin, TX (US)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 143 days.

(21) Appl. No.: **12/139,062**

(22) Filed: **Jun. 13, 2008**

(65) **Prior Publication Data**

US 2008/0320112 A1 Dec. 25, 2008

**Related U.S. Application Data**

(63) Continuation of application No. 10/042,412, filed on Jan. 7, 2002, now Pat. No. 7,412,479.

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
*G06F 12/00* (2006.01)

(52) **U.S. Cl.** ...................................... **709/220**; 709/221

(58) **Field of Classification Search** ................. 709/203, 709/225–229, 220, 221
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,427,163 B1 7/2002 Arendt
7,412,479 B2 * 8/2008 Arendt et al. ............... 709/200

OTHER PUBLICATIONS

Office Communication mailed on Jun. 6, 2008 for U.S. Appl. No. 10/042,412, filed on Jan. 7, 2002.
Office Communication mailed on Sep. 11, 2007 for U.S. Appl. No. 10/042,412, filed on Jan. 7, 2002.
Office Communication mailed on Mar. 22, 2007 for U.S. Appl. No. 10/042,412, filed on Jan. 7, 2002.
Office Communication mailed on Aug. 25, 2006 for U.S. Appl. No. 10/042,412, filed on Jan. 7, 2002.
Office Communication mailed on Jul. 13, 2005 for U.S. Appl. No. 10/042,412, filed on Jan. 7, 2002.
Notice of Allowance Office Communication mailed on Apr. 7, 2008 for U.S. Appl. No. 10/042,412, filed on Jan. 7, 2002.

* cited by examiner

*Primary Examiner*—Zarni Maung
(74) *Attorney, Agent, or Firm*—Dillon & Yudell LLP

(57) **ABSTRACT**

A cluster system is treated as a set of resource groups, each resource group including a highly available application and the resources upon which it depends. A resource group may have between 2 and M data processing systems, where M is small relative to the cluster size N of the total cluster. Configuration and status information for the resource group is fully replicated only on those data processing systems which are members of the resource group. A configuration object/database record for the resource group has an associated owner list identifying the data processing systems which are members of the resource group and which may therefore manage the application. A data processing system may belong to more than one resource group, however, and configuration and status information for the data processing system is replicated to each data processing system which could be affected by failure of the subject data processing system—that is, any data processing system which belongs to at least one resource group also containing the subject data processing system. The partial replication scheme of the present invention allows resource groups to run in parallel, reduces the cost of data replication and access, is highly scalable and applicable to very large clusters, and provides better performance after a catastrophe such as a network partition.

**4 Claims, 6 Drawing Sheets**






Figure 1




Figure 2A




Figure 2B




Figure 2C



Figure 2D



Figure 2E



Figure 2F



Figure 2G




Figure 2H


Configuration/status data changes
302
304
Cluster-level change?
yes
no
308
306
Replicate among resource group nodes
Replicate throughout cluster
310
Node shared by other resource group(s)?
no
yes
312
Replicate change to other resource group(s)
314
Idle

Figure 3



Node fails
402
Quorum of resource group(s) available?
404
yes
no
406
Continue providing service(s) with available node(s)
412
Suspend service(s)
408
Failed node restored?
no
yes
410
Reintegrate, reallocate resources
414
Failed node restored?
no
yes
416
Reintegrate, resume suspended service(s)
418
Idle


Figure 4

# HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT SCHEME

## PRIORITY CLAIM

The present application is a continuation of U.S. patent application Ser. No. 10/042,412 filed on Jan. 7, 2002, now U.S. Pat. No. 7,412,479, and entitled "Highly Scalable and Highly Available Cluster System Management Scheme," is incorporated herein by reference.

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is related to copending U.S. patent application Ser. No. 12/139,116 filed on Jun. 13, 2008, and also is related to U.S. patent application Ser. No. 09/114,051, filed on Jul. 10, 1998, all of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

1. Technical Field

The present invention relates in general to cluster system management and in particular to management of very large scale clusters. Still more particularly, the present invention relates to partially distributing cluster configuration information for managing a very large scale cluster.

2. Description of the Related Art

A cluster system, also referred to as a cluster multiprocessor system (CMP) or simply as a "cluster," is a set of networked data processing systems with hardware and software shared among those data processing systems, typically but not necessarily configured to provide highly available and highly scalable application services. Cluster systems are frequently implemented to achieve high availability, an alternative to fault tolerance for mission-critical applications such as aircraft control and the like. Fault tolerant data processing systems rely on specialized hardware to detect hardware faults and switch to a redundant hardware component, regardless of whether the component is a processor, memory board, hard disk drive, adapter, power supply, etc. While providing seamless cutover and uninterrupted performance, fault tolerant systems are expensive, due to the redundant hardware requirement, and fail to address software errors, a more common source of data processing system failure.

High availability utilizes standard hardware, but provides software allowing resources to be shared system wide. When a node, component, or application fails, an alternative path to the desired resource is quickly established. The brief interruption required to reestablish availability of the resource is acceptable in many situations. The hardware costs are significantly less than fault tolerant systems, and backup facilities maybe utilized during normal operation. An example of the software utilized for these purposes is the HACMP (High Availability Cluster Multiprocessing) for AIX® (Advanced Interactive Executive) software available from International Business Machines Corporation of Armonk, N.Y. and the RS6000 SP software available from International Business Machines Corporation.

The cluster system management problem is a special class of the general system management problem, with additional resource dependency and management policy constraints. In particular, the maintenance of cluster configuration information required for system management poses a special problem. The cluster configuration information required for system management is typically stored in a database, which is either centralized or replicated to more than one data processing system for high availability. The data processing system which manages a centralized cluster configuration database becomes a potential bottleneck and a single point of failure.



To avoid the problems of a centralized cluster configuration database, the database may be replicated and maintained on a number of data processing systems within the cluster. In a small cluster, the system configuration and status information may be readily replicated to all data processing systems in the cluster for use by each data processing system in performing system management functions such as failure recovery and load balancing. Full replication provides a highly available cluster configuration database and performs adequately as long as the cluster size remains small (2 to 8 data processing systems). In a very large cluster, however, the costs associated with full replication are prohibitively high.

In order to keep a distributed database in a consistent state at all times, a two-phase commit protocol may be utilized. For a fully replicated database (i.e. every data processing system has a copy), 2N messages must be exchanged for each write operation, where N is the number of data processing systems in the cluster. Thus, while the size of a cluster configuration/status database grows linearly with respect to cluster size, access time to the database grows either linearly or logarithmically with respect to cluster size. Moreover, when bringing up a cluster, the number of events (and therefore the amount of status information which needs to be updated) grows linearly with respect to cluster size. Hence, the time or cost required to bring up a cluster with a fully replicated distributed cluster configuration database grows on the order of $N^2$. The complexity of cluster system management may thus be characterized as being on the order of $N^2$. For very large scale cluster systems (over 1,000 data processing systems), full replication of the cluster configuration database becomes unwieldy.

Another critical issue in highly available cluster systems is how to handle network partitions. Network partitions occur if a cluster is divided into two or more parts, where data processing systems in one part cannot communicate with data processing systems in another part. When a network partition occurs, it is crucial not to run multiple copies of the same application, especially a database application such as the cluster configuration database, from these (temporarily) independent parts of the cluster. A standard way of handling this problem is to require that a cluster remain offline unless it reaches quorum. The definition of quorum varies. In some implementations, a majority quorum is employed and a portion of the cluster is said to have reached quorum when the number of active servers in that portion is at least N/2+1. A different scheme may require a smaller number of servers to be active to reach quorum as long as the system can guarantee that at most only one portion of the cluster can reach quorum. In a very large scale cluster, the condition for quorum tends to be too restrictive. A majority quorum is used herein, although the invention is applicable to other forms of quorum.

Thus, when a network partition occurs, only the portion of the cluster (if any) which contains the majority of the data processing systems in the cluster may run applications. Stated differently, no services are provided by the cluster unless at least one half of the data processing systems within the cluster axe online.

It would be desirable, therefore, to provide a mechanism for maintaining a distributed database containing cluster configuration information without occurring the costs associated with full replication. It would further be advantageous for the mechanism to be scalable and applicable to clusters of any

size, even those larger than 1,000 data processing systems. It would further be advantageous to permit cluster portions to continue providing services after a network partition even if a quorum has not been reached.

## SUMMARY OF THE INVENTION

It is therefore one object of the present invention to provide an improved method and apparatus for cluster system management.

It is another object of the present invention to provide an improved method and apparatus for management of very large scale clusters.

It is yet another object of the present invention to provide a method and apparatus for partially distributing cluster configuration information for managing a very large scale cluster.

The foregoing objects are achieved as is now described. A cluster system is treated as a set of resource groups, each resource group including a highly available application and the resources upon which it depends. A resource group may have between 2 and M data processing systems, where M is small relative to the cluster size N of the total cluster. Configuration and status information for the resource group is fully replicated only on those data processing systems which are members of the resource group. A configuration object/database record for the resource group has an associated owner list identifying the data processing systems which are members of the resource group and which may therefore manage the application. A data processing system may belong to more than one resource group, however, and configuration and status information for the data processing system is replicated to each data processing system which could be affected by failure of the subject data processing system—that is, any data processing System which belongs to at least one resource group also containing the subject data processing system. The partial replication scheme of the present invention allows resource groups to run in parallel, reduces the cost of data replication and access, is highly scalable and applicable to very large clusters, and provides better performance after a catastrophe such as a network partition.

The above as well as additional objects, features, and advantages of the present invention will become apparent in the following detailed written description.

## BRIEF DESCRIPTION OF THE DRAWINGS

The novel features believed characteristic of the invention are set forth in the appended claims. The invention itself however, as well as a preferred mode of use, further objects and advantages thereof, will best be understood by reference to the following detailed description of an illustrative embodiment when read in conjunction with the accompanying drawings, wherein:

FIG. 1 depicts a block diagram of a cluster multiprocessing system in which a preferred embodiment of the present invention may be implemented;

FIGS. 2A-2H are diagrams of configuration information distribution among cluster system data processing systems and resource groups in accordance with a preferred embodiment of the present invention;

FIG. 3 depicts a high level flowchart for a process of replicating configuration and status information within a cluster containing resource groups in accordance with a preferred embodiment of the present invention; and

FIG. 4 is a high level flowchart for a process of handling node failure within a cluster system including resource groups in accordance with a preferred embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

With reference now to the FIGS., and in particular with reference to FIG. 1, a block diagram of a cluster multiprocessing system in which a preferred embodiment of the present invention maybe implemented is depicted. System **102** includes a plurality of server nodes **104-110**, each typically identified by a unique name. Each node **104-110** maybe a symmetric multiprocessor (SMP) data processing system such as a RISC System/6000® system available from International Business Machines Corporation of Armonk, New York or a data processing system functioning as a Windows NT™ server.

Each node **104-110** within system **102** includes an operating system, such as the Advanced Interactive Executive (AIX®) operating system available from International Business Machines Corporation of Armonk, N.Y. or the Windows NT™ operating system available from Microsoft Corporation of Redmond, Wash. Nodes **104-110** within system **102** also include high availability cluster software capable of running on top of or in conjunction with the operating system. This high availability cluster software includes the features described below.

Nodes **104-110** are connected to public local area networks **112-114**, which may be an Ethernet, Token-Ring, fiber distributed data interface (FDDI), or other network. Public networks **112-114** provide clients **116-120** with access to servers **104-110**. Clients **116-120** are data processing systems which may access, each running a "front end" or client application which queries server applications running on nodes **104-110**.

Typically, each node **104-110** runs server or "back end" applications which access data on shared external disks **122-126** via disk buses **128-130**. Nodes **104-110** may also be connected by an additional network **132** or networks. For example, a private network may provide point-to-point connection between nodes **104-110** within system **102**, with no access provided to clients **116-120**. The private network, if available, may be utilized for lock traffic, and may be an Ethernet, Token-Ring, FDDI, or serial optical channel connector (SOCC) network. A serial network may also provide point-to-point communication between nodes **104-110**, used for control messages and heartbeat traffic in the event that an alternative subsystem fails.

As depicted in the exemplary embodiment, system **102** may include some level of redundancy to eliminate single points of failure. For example, each node **104-110** may be connected to each public network **112-114** by two network adapters (not shown): a service adapter providing the primary active connection between a node and network and a standby adapter which substitutes for the service adapter in the event that the service adapter fails. Thus, when a resource within system **102** becomes unavailable, alternative resources may be quickly substituted for the failed resource.

Those of ordinary skill in the art will appreciate that the hardware depicted in the exemplary embodiment of FIG. 1 may vary. For example, a system may include more or fewer nodes, additional clients, and/or other connections not shown. Additionally, system **102** in accordance with the present invention includes reliable communications and synchronizations among data processing systems **104-110**, and an integrated cluster system management facility, described in further detail below.

Referring to FIGS. 2A-2H, diagrams of configuration information distribution among cluster system data processing systems and resource groups in accordance with a preferred embodiment of the present invention is depicted. In the

present invention, the cluster is treated as a system of resource groups and cluster configuration information for each data processing system within a resource group is replicated only to all other data processing systems in that resource group.

One major use of cluster configuration information is to make cluster resources highly available. As an example, if a data processing system within a cluster fails, applications on that data processing system will migrate to other data processing systems. Therefore, services provided by a failed data processing system will, after a brief interruption, be continuously available. For an application or other resource to be highly available, a number of data processing systems within the cluster are configured to rim that application or resource, although usually at most only one data processing system manages one highly available application at any single instant in time.

In accordance with the present invention, a highly available application and all those resources upon which it depends form a resource group. Each resource group has an ordered list of data processing systems which may manage the group. The number of data processing systems within a resource group varies from 2 to M, where M is typically very small as compared to the cluster size N for a large cluster. The configuration and status information is organized as configuration objects within a database, with each highly available resource group having a configuration and status object. The configuration and status object for a resource group has an associated list of owners, which is identical to the list of data processing systems which may manage the corresponding resource group. The configuration and status information object is replicated only to data processing systems within the list of owners.

The exemplary embodiment of FIG. 2A depicts nine data processing systems **202-218** organized as four resource groups **220-226**. Within each resource group **220-226**, typically only one data processing system manages a given application for that resource group at any given time. However, other data processing systems are designated to assume management of the application should the primary data processing system fail. A configuration object for each resource group **220-226** is replicated to each data processing system within the resource group. Each data processing system within the resource group is listed as an owner of the configuration object for the resource group. The configuration object contains cluster configuration and status information relevant to the resource group or resource, which includes: topology information such as data processing systems, networks, network interface cards (adapters), and network connectivity information; resource group information such as application packages for an application type of resource, shared disks for a shared disk type of resource, data processing system and disk connectivity information, service IP addresses for a service IP address types of resource, data processing systems where applications are installed and configured, management policies, management rules, and resource dependency relationships; and cluster system status information such as status of data processing systems, status of networks, status of network interface cards, status of shared disks, status of applications, and status of event processing. A configuration object may also contain rules for adding/modifying/deleting data processing systems, networks, network interface cards, shared disks, resource groups, and resources, as well as rules for evaluating resource dependency.

FIGS. 2B through 2H illustrate replication of status and performance information for a given data processing system within a resource group. As shown in FIG. 2B, data processing system **202** is a member of resource group **220**. Accordingly, configuration and status information for data processing system **202** is replicated among other data processing systems within the resource group, including data processing systems **208** and **214**. The configuration object for any application managed by data processing system **202** lists data processing systems **202**, **208**, and **214** as owners within an owner list associated with the configuration object. Data processing system **214** is also a member of resource group **220**, and therefore configuration and status information for data processing system **214** is also replicated to data processing systems **202** and **208**, and configuration objects for applications managed by data processing system **214** list data processing systems **202**, **208**, and **214** as owners.

FIGS. 2C and 2D similarly illustrate replication of configuration information for data processing systems **204** and **216** of resource group **222** and data processing systems **206** and **218** of resource group **224**, respectively. Configuration and status information for data processing systems **204** and **216** are replicated on each of data processing systems **204**, **210**, and **216**, while configuration and status information for data processing systems **206** and **218** are replicated on each of data processing systems **206**, **212**, and **218**. Applications managed by data processing system **204** or **216** have a configuration object owners list including data processing systems **204**, **210**, and **216**, and the configuration objects themselves are replicated to each of data processing systems **204**, **210**, and **216**. Similarly, applications managed by data processing system **206** or **218** have a configuration object owners list designating data processing systems **206**, **212**, and **218** as owners with the configuration objects replicated to each of data processing systems **206**, **212**, and **218**.

FIG. 2E illustrates replication of information where a data processing system **208** belongs to two or more overlapping resource groups **220** and **226**. Configuration and status information for data processing system **208** is replicated to each data processing system belonging to at least one resource group including data processing system **208**, which includes resource groups **220** and **226** and therefore data processing systems **202**, **210**, **212**, and **214**. Configuration objects for applications managed by data processing system **208** have an owners list including each of the data processing systems belonging to a corresponding resource group, and are replicated to each of those data processing systems. Thus, for example, an application managed by data processing system **208** which is part of resource group **220** has a configuration object owners list identifying data processing systems **202**, **208**, and **214** as owners. The configuration object for mat application is replicated on data processing systems **202**, **208**, and **214**. An application managed by data processing system **208** which is instead part of resource group **226** has a configuration object owners list identifying data processing systems **208**, **210**, and **212** as owners, with the configuration object for that application being replicated on data processing systems **208**, **210**, and **22**

FIGS. 2F and 2G similarly illustrate replication of configuration information for data processing systems **210** and **212** belonging to two or more resource groups, groups **222** and **226** and groups **224** and **226** respectively. Configuration and status information for data processing system **210** is replicated among data processing systems **204**, **208**, **212**, and **216**, while configuration and status information for data processing system **212** is replicated on data processing systems **206**, **208**, **210**, and **218**. Configuration objects for applications managed by data processing system **210** which are part of resource group **222** have an associated owners list including data processing systems **204**, **210**, and **216** and are replicated to those data processing systems; configuration objects for

applications managed by data processing system **210** which form part of resource group **226** have an associated owners list including data processing systems **208**, **210**, and **212** and are replicated to those data processing systems. Configuration objects for applications managed by data processing system **212** which are part of resource group **224** have an associated owners list including data processing systems **206**, **212**, and **218** and are replicated to those data processing systems; configuration objects for applications managed by data processing system **212** which form part of resource group **226** have an associated owners list including data processing systems **208**, **210**, and **212** and are replicated to those data processing systems.

Each configuration object/database record for a resource group is replicated only to data processing systems within the associated list of owners for the configuration object since that is where the information is most frequently employed. No data processing system in a very large cluster contains configuration and status information for all data processing systems in the entire cluster, except in the unlikely circumstance that an application utilizes all data processing systems in the cluster. In such an event, a configuration object for the application may have an owner list including all data processing systems in the cluster.

Unlike the configuration objects/database records for a resource group, the configuration and status information for a given data processing system is replicated to every data processing system within its sphere of influence (i.e. those data processing systems which form part of at least one resource group with the subject data processing system and therefore might be influenced by failure of the subject data processing system). Thus, for example, data processing systems **202** and **214** each have a sphere of influence **228** depicted in FIG. 2B including data processing systems **202**, **208**, and **214**; data processing systems **204** and **216** each have a sphere of influence **230** depicted in FIG. 2C including data processing systems **204**, **210**, and **216**; data processing systems **206** and **218** each have a sphere of influence **232** depicted in FIG. 2D including data processing systems **206**, **212**, and **218**; data processing system **208** has a sphere of influence **234** depicted in FIG. 2E including data processing systems **202**, **208**, **210**, **212**, and **214**; data processing system **210** has a sphere of influence **236** depicted in FIG. 2F including data processing systems **204**, **208**, **210**, **212**, and **216**; and data processing system **212** has a sphere of influence **238** depicted in FIG. 2G including data processing systems **206**, **208**, **210**, **212**, and **218**.

When an event such as a data processing system failure occurs within a cluster configured for partial replication of configuration and status information in accordance with the present invention, only the resource groups which have the failed data processing system as an owner are affected. Necessary recovery actions are coordinated among all owners on a group by group basis. By allowing a designated list of associated owners and only those owners manage a configuration object/database record, a very large cluster is effectively managed as a collection of autonomous groups which run in parallel.

The complexity of managing a resource group having M data processing systems is $M^2$, and since M is usually much smaller than the size N of a large cluster, significant performance improvements may be achieved both in replicating a configuration and status database in access information in a database distributed among the M data processing systems. The response time for managing system events is significantly faster since the complexity of cluster system management has been reduced by a factor of $(M/N)^2$. With the approach of the present invention, both the number of messages transmitted in a two-phase commit protocol to update a configuration and status database and the database access time are reduced significantly by involving only a subset of data processing systems within the cluster.

A separate, cluster configuration database may be implemented on top of the resource group configuration database. The cluster configuration database would be replicated to all data processing systems within the cluster and contain cluster configuration and status information regarding networks, data processing systems, cluster system events, etc.

The partitioning of the nine-node example depicted in FIGS. 2A-2H in accordance with the present invention will result in a seven different configuration databases. A simplified example of the configuration database managed by node group **228** would be:

```
ha_resource_groups{
    ha_resource_group = ha_resource_group_220
    current_computer_id = 202;
}
computers{
    computer_id = 202
    recovery_status = "up";
    computer_id = 214
    recovery_status = "up";
}
```

A simplified example of the configuration database managed by node group **230** would be:

```
ha_resource_groups{
    ha_resource_group = ha_resource_group_222
    current_computer_id = 204;
}
computers{
    computer_id = 204
    recovery_status = "up";
    computer_id = 216
    recovery_status = "up";
}
```

A simplified example of the configuration database managed by node group **232** would be:

```
ha_resource_groups{
    ha_resource_group = ha_resource_group_224
    current_computer_id = 206;
}
computers{
    computer_id = 206
    recovery_status = "up";
    computer_id = 218
    recovery_status = "up";
}
```

A simplified example of the configuration database managed by node group **240** would be:

```
ha_resource_groups{
    ha_resource_group = ha_resource_group_226
    current_computer_id = 208;
}
computers{
```

-continued

```
        computer__id = 208
        recovery__status = "up';
    }
```

A simplified example of the configuration database managed by node group **234** would be:

```
computers{
    computer__id = 208
    recovery__status = "up";
}
```

A simplified example of the configuration database managed by node group **236** would be:

```
computers{
    computer__id = 210
    recovery__status = "up";
```

And finally, a simplified example of the configuration database managed by node group **238** would be:

```
computers{
    computer__id = 212
    recovery__status = "up";
}
```

As an example of recovery is such a partitioned system, suppose node **208** should fail. The recovery_status of node **208** is modified to 'down' by the remaining group members of group **234**, which includes nodes **202**, **214**, **210**, and **212**. The resulting configuration database for node group **234** is:

```
computers{
    computer__id = 208
    recovery__status = "down";
}
```

The application ha_resource_group_226, which was running on node **208** must be restarted on some other node. This application is managed by resource group **240** and therefore may be restarted on either node **210** or node **212**. If node **210** is selected by the two remaining nodes in resource group **240** to run ha_resource_group_226, the resulting configuration database for node group **240** would be:

```
ha__resource__groups{
    ha__resource____group = ha__resource__group__226
    current__computer__id = 210;
}
```

As an example of quorum condition within resource groups, supposed the entire nine-node cluster is restarted and initially only nodes **202** and **208** are up and running. The application ha_resource_group_220, which is managed by group **228**, has reached quorum condition. Nodes **202** and **208** may determine between themselves which node should run ha_resource_group_220. This approach allows ha_resource_group_220 to run without compromising data integrity even though the cluster as a whole does not have quorum—i.e. only 2 nodes are up among the total of nine nodes. The application ha_resource_group_226, on the other hand, which is managed by group **240**, has one node (node **208**) within the group, and therefore does not have quorum condition.

The partial replication management approach of the present invention also handles catastrophes such as network partitions better than a centralized or fully replicated scheme. With partial replication of configuration and status information only among resource group owners, each resource group within a cluster may provide services if more than one half of the data processing systems within the corresponding owner list are online. Therefore, a cluster with partial replication of configuration information may continue to provide reliable services even if broken into small pieces, each much smaller than a quorum of all data processing systems in the cluster.

By partitioning the configuration database and allowing each sub-duster of servers to manage their configuration, a sub-cluster of servers may start providing services when it reaches "quorum," which may occur before the cluster as a whole reaches quorum. The "quorum" of resource group nodes which must be online need not necessarily be a majority of the node in the resource group, provided that at least one service maybe reliably provided by the resource group. Furthermore, it may happen mat the cluster may not be able to reach quorum if, for example, multiple failures occur. In such a case, sub-clusters may continue to provide their services as long as they have quorum This is an advantage accompanying the partial replication method of the present invention, which associates quorum condition with each resource group while existing schemes associate quorum with the cluster as a whole.

Recovery actions and load balancing are performed by servers in each resource group on a per group basis. In other words, the resource allocation decisions axe made by servers within a resource group. When multiple resource groups share one or more servers in common, race conditions may occur if resource allocation decisions are not coordinated. For example, FIG. **2**A shows a cluster which contains four resource groups, with resource groups **220** and **226** sharing common server **208**, resource groups **222** and **226** sharing common server **210**, and resource groups **224** and **226** sharing common server **212**. Some coordination of load allocation by the resource group managers for these resource groups should be provided.

Resource groups which share one or more servers in common must also share configuration and status information and also coordinate their resource allocation decisions. This is achieved by requiring those servers that are common to both resource groups to serialize resource allocation decisions of both groups. For example, as shown in FIG. 2E, server **208** with sphere of influence **234** is responsible for replicating configuration and status information of resource groups **220** and **226** to each other. Server **208** is also responsible for serializing resource allocation decisions of the two resource groups.

With reference now to FIG. **3**, a high level flowchart for a process of replicating configuration and status information within a cluster containing resource groups in accordance

with a preferred embodiment of the present invention is depicted. The process begins at step **302**, which illustrates a change in configuration or status data for a resource within the cluster system. The process then passes to step **304**, which depicts a determination of whether the change is a "cluster-level" change, or a change which should be replicated throughout the cluster system. Some changes in configuration and status information—e.g., failure or reintegration of a node—should be replicated throughout the entire cluster system. For example, if a node is added to the cluster system, all pre-existing nodes, regardless of which resource groups contain the nodes, should be updated to reflect that addition If the configuration and status information change is a cluster level change, the process proceeds to step **306**, which illustrates replicating the change throughout the cluster system

If the configuration and status information change is not a cluster-level change, the process proceeds instead to step **308**, which depicts replicating the change among the node within the resource group affected by the change. Configuration and status information changes which affect only an application or the associated resource group need only be replicated throughout the resource group. A resource group manager, which may simply be the node within the resource group currently having the highest precedence, is utilized to insure proper replication of the configuration and status information change.

The process next passes to step **310**, which illustrates a determination of whether a node within the resource group is shared with another resource group. If so, the process proceeds to step **312**, which depicts replicating the configuration and status change to all nodes within the other resource group or groups. The node or nodes shared by the different resource groups are responsible for insuring proper replication. In this respect, interlocking resource groups within the cluster system are undesirable since it requires additional replication of configuration and status information. Further replication is not necessary, however, so that the change need not be replicated to resource groups within the cluster system which have no nodes in common with the resource group affected by the change.

Once the information is fully replicated among all nodes within the affected resource group or resource groups having at least one node in common with the affected resource group, or if the affected resource group does not include any nodes shared with another resource group, the process proceeds to step **314**, which illustrates the process becoming idle until a subsequent configuration and status information change is detected.

Referring to FIG. **4**, a high level flowchart for a process of handling node failure within a cluster system including resource groups in accordance with a preferred embodiment of the present invention is illustrated. The process begins at step **402**, which depicts failure of a node within a resource group. The process then passes to step **404**, which illustrates a determination of whether a "quorum" of the resource group (or resource groups, if the failed node was shared) are available. As described above, the quorum need not be a majority, as long as sufficient resources are available within the resource group to reliably provide the service or services for which the resource group is defined.

If a quorum of nodes within the resource group is available, the process proceeds to step **406**, which depicts continuing providing services utilizing available nodes. Some reallocation of resources may be necessary. The process then passes to step **408**, which illustrates a determination of whether the failed node has been restored. If not, the process simply returns to step **408**. If so, however, the process proceeds to step **410**, which depicts reintegrating the node and reallocating resources as necessary.

Referring again to step **404**, if a quorum of nodes is not available, the process proceeds instead to step **412**, which illustrates suspending services from the affected resource group. The process then passes to step **414**, which depicts a determination of whether the failed node has been restored. As described above, if the failed node has not yet been restored, the process simply returns to step **414**. Once the failed node is restored, however, the process proceeds to step **416**, which illustrates reintegrating the node and resuming services from the resource group affected. From either of steps **410** or **416**, the process passes to step **418**, which depicts the process becoming idle until another node failure occurs.

The present invention makes use of the localization feature of a large-scale cluster system to decompose the large-scale full replication problem into a set of fully replicated sub-cluster systems. Records are only replicated to those data processing systems which need that piece of configuration information. Such partial replication reduces the costs of replication and data manipulation significantly. The cost increase only as a function of the number of data processing systems within a resource group, not as a function of the total number of data processing systems. Thus the management scheme of the present invention is highly scalable and applicable to very large cluster systems having in excess of 1,000 data processing systems.

It is important to note that while the present invention has been described in the context of a fully functional cluster multi-processing system, those skilled in the art will appreciate that the mechanism of the present invention is capable of being distributed in the form of a computer readable medium of instructions in a variety of forms, and that the present invention applies equally regardless of the particular type of signal bearing media used to actually carry out the distribution Examples of computer readable media include: nonvolatile, hard-coded type media such as read only memories (ROMs) or erasable, electrically programmable read only memories (EEPROMs), recordable type media such as floppy disks, hard disk drives and CD-ROMs, and transmission type media such as digital and analog communication links.

While the invention has been particularly shown and described with reference to a preferred embodiment, it will be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention.

The invention claimed is:

1. A cluster multiprocessing system, comprising:

a plurality of data processing systems segregated into a plurality of resource groups, wherein each of the plurality of data processing systems may be a member of more than one resource group;

a plurality of configuration objects each corresponding to a resource group within the plurality of resource groups wherein each of the plurality of configuration objects contains configuration and status information for a highly available application corresponding to the resource group and an associated owners list of data processing systems within the resource group; and

wherein each of the plurality of configuration objects is replicated only on each data processing system within the resource group associated with the configuration object.

2. The cluster multiprocessor system of claim 1, wherein a highly available application and each data processing system designated to manage the application is defined as a resource group.

3. The cluster multiprocessor system of claim 2, wherein a plurality of resource groups is defined for each highly available application within the cluster, each resource group including all data processing systems managing the corresponding application.



4. The cluster multiprocessor system of claim 1, wherein each of the plurality of configuration objects are replicated on each data processing system identified in an owners list associated with the configuration object.

* * * * *

# **EXHIBIT D**

US007870235B2

(12) **United States Patent**
**Arendt et al.**

(10) **Patent No.:** **US 7,870,235 B2**
(45) **Date of Patent:** ***Jan. 11, 2011**

(54) **HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT SCHEME**

(75) Inventors: **James W. Arendt**, Round Rock, TX (US); **Ching-Yun Chao**, Austin, TX (US); **Rodolfo Ausgusto Mancisidor**, Austin, TX (US)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 274 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/139,116**

(22) Filed: **Jun. 13, 2008**

(65) **Prior Publication Data**

US 2008/0320113 A1 Dec. 25, 2008

**Related U.S. Application Data**

(63) Continuation of application No. 10/042,412, filed on Jan. 7, 2002, now Pat. No. 7,412,479.

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
*G06F 12/00* (2006.01)

(52) **U.S. Cl.** ........................................ **709/220**; 718/104

(58) **Field of Classification Search** ......... 709/220–221, 709/250, 238–240; 718/104
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,427,163 B1 * 7/2002 Arendt et al. ............... 709/201
7,020,696 B1 * 3/2006 Perry et al. ................. 709/223
7,225,244 B2 * 5/2007 Reynolds et al. ............ 709/223
7,266,595 B1 * 9/2007 Black et al. ................. 709/223

(Continued)

OTHER PUBLICATIONS

Office Communication mailed on Jun. 6, 2008 for U.S. Appl. No. 10/042,412 filed on Jan. 7, 2002.

(Continued)

*Primary Examiner*—Zarni Maung
(74) *Attorney, Agent, or Firm*—Dillon & Yudell LLP

(57) **ABSTRACT**

A cluster system is treated as a set of resource groups, each resource group including a highly available application and the resources upon which it depends. A resource group may have between 2 and M data processing systems, where M is small relative to the cluster size N of the total cluster. Configuration and status information for the resource group is fully replicated only on those data processing systems which are members of the resource group. A configuration object/database record for the resource group has an associated owner list identifying the data processing systems which are members of the resource group and which may therefore manage the application. A data processing system may belong to more than one resource group, however, and configuration and status information for the data processing system is replicated to each data processing system which could be affected by failure of the subject data processing system—that is, any data processing system which belongs to at least one resource group also containing the subject data processing system. The partial replication scheme of the present invention allows resource groups to run in parallel, reduces the cost of data replication and access, is highly scalable and applicable to very large clusters, and provides better performance after a catastrophe such as a network partition.

**6 Claims, 6 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,360,034 | B1 * | 4/2008 | Muhlestein et al. | 711/148 |
| 7,412,479 | B2 * | 8/2008 | Arendt et al. | 709/200 |
| 2004/0031030 | A1 * | 2/2004 | Kidder et al. | 717/172 |

OTHER PUBLICATIONS

Office Communication mailed on Sep. 11, 2007 for U.S. Appl. No. 10/042,412 filed on Jan. 7, 2002.

Office Communication mailed on Mar. 22, 2007 for U.S. Appl. No. 10/042,412 filed on Jan. 7, 2002.

Office Communication mailed on Aug. 25, 2006 for U.S. Appl. No. 10/042,412 filed on Jan. 7, 2002.

Office Communication mailed on Jul. 13, 2005 for U.S. Appl. No. 10/042,412 filed on Jan. 7, 2002.

Notice of Allowance Office Communication mailed on Apr. 7, 2008 for U.S. Appl. No. 10/042,412 filed on Jan. 7, 2002.

* cited by examiner




Figure 1




Figure 2A




Figure 2B




Figure 2C




Figure 2D




Figure 2E




Figure 2F




Figure 2G




Figure 2H



Configuration/status data changes
302
Cluster-level change?
304
yes
no
308
306
Replicate among resource group nodes
Replicate throughout cluster
310
Node shared by other resource group(s)?
yes
312
no
Replicate change to other resource group(s)
314
Idle


Figure 3



Node fails
402
404
Quorum of resource group(s) available?
yes
no
406
412
Continue providing service(s) with available node(s)
Suspend service(s)
408
414
no
no
Failed node restored?
Failed node restored?
yes
yes
410
416
Reintegrate, reallocate resources
Reintegrate, resume suspended service(s)
418
Idle


Figure 4

# HIGHLY SCALABLE AND HIGHLY AVAILABLE CLUSTER SYSTEM MANAGEMENT SCHEME

## PRIORITY CLAIM

The present application is a continuation of U.S. patent application Ser. No. 10/042,412 filed on Jan. 7, 2002 now U.S. Pat. No. 7,412,479, and entitled "Highly Scalable and Highly Available Cluster System Management Scheme," is incorporated herein by reference.

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is related to copending U.S. patent application Ser. No. 12/139,062 filed on Jun. 13, 2008, and also is related to U.S. patent application Ser. No. 09/114,051, filed on Jul. 10, 1998, all of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

1. Technical Field

The present invention relates in general to cluster system management and in particular to management of very large scale clusters. Still more particularly, the present invention relates to partially distributing cluster configuration information for managing a very large scale cluster.

2. Description of the Related Art

A cluster system, also referred to as a cluster multiprocessor system (CMP) or simply as a "cluster," is a set of networked data processing systems with hardware and software shared among those data processing systems, typically but not necessarily configured to provide highly available and highly scalable application services. Cluster systems are frequently implemented to achieve high availability, an alternative to fault tolerance for mission-critical applications such as aircraft control and the like. Fault tolerant data processing systems rely on specialized hardware to detect hardware faults and switch to a redundant hardware component regardless of whether the component is a processor, memory board, hard disk drive, adapter, power supply, etc. While providing seamless cutover and uninterrupted performance, fault tolerant systems are expensive, due to the redundant hardware requirement, and fail to address software errors, a more common source of data processing system failure.

High availability utilizes standard hardware, but provides software allowing resources to be shared system wide. When a node, component, or application fails, an alternative path to the desired resource is quickly established. The brief interruption required to reestablish availability of the resource is acceptable in many situations. The hardware costs are significantly less than fault tolerant systems, and backup facilities may be utilized during normal operation. An example of the software utilized for these purposes is the HACMP (High Availability Cluster Multiprocessing) for ADC® (Advanced Interactive Executive) software available from International Business Machines Corporation of Armonk, N.Y. and the RS6000 SP software available from International Business Machines Corporation.

The cluster system management problem is a special class of the general system management problem, with additional resource dependency and management policy constraints. In particular, the maintenance of cluster configuration information required for system management poses a special problem. The cluster configuration information required for system management is typically stored in a database, which is either centralized or replicated to more than one data processing system for high availability. The data processing system which manages a centralized cluster configuration database becomes a potential bottleneck and a single point of failure.



To avoid the problems of a centralized cluster configuration database, the database may be replicated and maintained on a number of data processing systems within the cluster. In a small cluster, the system configuration and status information may be readily replicated to all data processing systems in the cluster for use by each data processing system, in performing system management functions such as failure recovery and load balancing. Full replication provides a highly available cluster configuration database and performs adequately as long as the cluster size remains small (2 to 8 data processing systems). In a very large cluster, however, the costs associated with full replication are prohibitively high.

In order to keep a distributed database in a consistent state at all times, a two-phase commit protocol may be utilized. For a fully replicated database (i.e. every data processing system has a copy), 2N messages must be exchanged for each write operation, where N is the number of data processing systems in the cluster. Thus, while the size of a cluster configuration/status database grows linearly with respect to cluster size, access time to the database grows either linearly or logarithmically with respect to cluster size. Moreover, when bringing up a cluster, the number of events (and therefore the amount of status information which needs to be updated) grows linearly with respect to cluster size. Hence, the time or cost required to bring up a cluster with a fully replicated distributed cluster configuration database grows on the order of $N^2$. The complexity of cluster system management may thus be characterized as being on the order of $N^2$. For very large scale cluster systems (over 1,000 data processing systems), full replication of the cluster configuration database becomes unwieldy.

Another critical issue in highly available cluster systems is how to handle network partitions. Network partitions occur if a cluster is divided into two or more parts, where data processing systems in one part cannot communicate with data processing systems in another part. When a network partition occurs, it is crucial not to run multiple copies of the same application, especially a database application such as the cluster configuration database, from these (temporarily) independent parts of the cluster. A standard way of handling this problem is to require that a cluster remain offline unless it reaches quorum. The definition of quorum varies. In some implementations, a majority quorum is employed and a portion of the cluster is said to have reached quorum when the number of active servers in that portion is at least N/2+1. A different scheme may require a smaller number of servers to be active to reach quorum as long as the system can guarantee that at most only one portion of the cluster can reach quorum. In a very large scale cluster, the condition for quorum tends to be too restrictive. A majority quorum is used herein, although the invention is applicable to other forms of quorum.

Thus, when a network partition occurs, only the portion of the cluster (if any) which contains the majority of the data processing systems in the cluster may run applications. Stated differently, no services are provided by the cluster unless at least one half of the data processing systems within the cluster are online.

It would be desirable, therefore, to provide a mechanism for maintaining a distributed database containing cluster configuration information without mounting the costs associated with full replication. It would further be advantageous for the mechanism to be scalable and applicable to clusters of any

size, even those larger than 1,000 data processing systems. It would further be advantageous to permit cluster portions to continue providing services after a network partition even if a quorum has not been reached.

## SUMMARY OF THE INVENTION

It is therefore one object of the present invention to provide an improved method and apparatus for cluster system management.

It is another object of the present invention to provide an improved method and apparatus for management of very large scale clusters.

It is yet another object of the present invention to provide a method and apparatus for partially distributing cluster configuration information for managing a very large scale cluster.

The foregoing objects are achieved as is now described A cluster system is treated as a set of resource groups, each resource group including a highly available application and the resources upon which it depends. A resource group may have between 2 and M data processing systems, where M is small relative to the cluster size N of the total cluster. Configuration and status information for the resource group is fully replicated only on those data processing systems which are members of the resource group. A configuration object/database record for the resource group has an associated owner list identifying the data processing systems which are members of the resource group and which may therefore manage the application. A data processing system may belong to more than one resource group, however, and configuration and status information for the data processing system is replicated to each data processing system which could be affected by failure of the subject data processing system—that is, any data processing system which belongs to at least one resource group also containing the subject data processing system. The partial replication scheme of the present invention allows resource groups to run in parallel, reduces the cost of data replication and access, is highly scalable and applicable to very large clusters, and provides better performance after a catastrophe such as a network partition.

The above as well as additional objects, features, and advantages of the present invention will become apparent in the following detailed written description.

## BRIEF DESCRIPTION OF THE DRAWINGS

The novel features believed characteristic of the invention are set forth in the appended claims. The invention itself however, as well as a preferred mode of use, further objects and advantages thereof, will best be understood by reference to the following detailed description of an illustrative embodiment when read in conjunction with the accompanying drawings, wherein:

FIG. **1** depicts a block diagram of a cluster multiprocessing system in which a preferred embodiment of the present invention may be implemented;

FIGS. **2A-2H** are diagrams of configuration information distribution among cluster system data processing systems and resource groups in accordance with a preferred embodiment of the present invention;

FIG. **3** depicts a high level flowchart for a process of replicating configuration and status information within a cluster containing resource groups in accordance with a preferred embodiment of the present invention; and

FIG. **4** is a high level flowchart for a process of handling node failure within a cluster system including resource groups in accordance with a preferred embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

With reference now to the figures, and in particular with reference to FIG. **1**, a block diagram of a cluster multiprocessing system in which a preferred embodiment of the present invention may be implemented is depicted. System **102** includes a plurality of server nodes **104-110**, each typically identified by a unique name. Each node **104-110** may be a symmetric multiprocessor (SMP) data processing system such as a RISC System/6000® system available from International Business Machines Corporation of Armonk, N.Y. or a data processing system functioning as a Windows NT™ server.

Each node **104-110** within system **102** includes an operating system, such as the Advanced Interactive Executive (AIX®) operating system available from International Business Machines Corporation of Armonk, N.Y. or the Windows NT™ operating system available from Microsoft Corporation of Redmond, Wash. Nodes **104-110** within system **102** also include high availability cluster software capable of running on top of or in conjunction with the operating system. This high availability cluster software includes the features described below.

Nodes **104-110** are connected to public local area networks **112-114**, which may be an Ethernet, Token-Ring, fiber distributed data interface (FDDI), or other network. Public networks **112-114** provide clients **116-120** with access to servers **104-110**. Clients **116-120** are data processing systems which may access, each running a "front end" or client application which queries server applications running on nodes **104-110**.

Typically, each node **104-110** runs server or "back end" applications which access data on shared external disks **122-126** via disk buses **128-130**. Nodes **104-110** may also be connected by an additional network **132** or networks. For example, a private network may provide point-to-point connection between nodes **104-110** within system **102**, with no access provided to clients **116-120**. The private network, if available, may be utilized for lock traffic, and may be an Ethernet, Token-Ring, FDDI, or serial optical channel connector (SOCC) network. A serial network may also provide point-to-point communication between nodes **104-110**, used for control messages and heartbeat traffic in the event that an alternative subsystem fails.

As depicted in the exemplary embodiment, system **102** may include some level of redundancy to eliminate single points of failure. For example, each node **104-110** may be connected to each public network **112-114** by two network adapters (not shown): a service adapter providing the primary active connection between a node and network and a standby adapter which substitutes for the service adapter in the event that the service adapter fails. Thus, when a resource within system **102** becomes unavailable, alternative resources may be quickly substituted for the failed resource.

Those of ordinary skill in the art will appreciate that the hardware depicted in the exemplary embodiment of FIG. **1** may vary. For example, a system may include more or fewer nodes, additional clients, and/or other connections not shown. Additionally, system **102** in accordance with the present invention includes reliable communications and synchronizations among data processing systems **104-110**, and an integrated cluster system management facility, described in further detail below.

Referring to FIGS. **2A-2H**, diagrams of configuration information distribution among cluster system data processing systems and resource groups in accordance with a preferred embodiment present invention is depicted. In the

present invention, the cluster is treated as a system of resource groups and cluster configuration information far each data processing system within a resource group is replicated only to all other data processing systems in that resource group.

One major use of cluster configuration information is to make cluster resources highly available. As an example, if a data processing system within a cluster fails, applications on that data processing system will migrate to other data processing systems. Therefore, services provided by a failed data processing system, will, after a brief interruption, be continuously available. For an application or other resource to be highly available, a number of data processing systems within cluster are configured to run that application or resource, although usually at most only one data processing system manages one highly available application at any single instant in time.

In accordance with the present invention, a highly available application and all those resources upon which it depends form a resource group. Each resource group has an ordered list of data processing systems which may manage the group. The number of data processing systems within a resource group varies from 2 to M, where M is typically very small as compared to the cluster size N for a large cluster. The configuration and status information is organized as configuration objects within a database, with each highly available resource group having a configuration and status object. The configuration and status object for a resource group has an associated list of owners, which is identical to the list of data processing systems which may manage the corresponding resource group. The configuration and status information object is replicated only to data processing systems within the list of owners.

The exemplary embodiment of FIG. 2A depicts nine data processing systems **202-218** organized as four resource groups **220-226**. Within each resource group **220-226**, typically only one data processing system manages a given application for that resource group at any given time. However, other data processing systems are designated to assume management of the application should the primary data processing system fail. A configuration object for each resource group **220-226** is replicated to each data processing system within the resource group. Each data processing system within the resource group is listed as an owner of the configuration object for the resource group. The configuration object contains cluster configuration and status information relevant to the resource group or resource, which includes: topology information such as data processing systems, networks, network interface cards (adapters), and network connectivity information; resource group information such as application packages for an application type of resource, shared disks for a shared disk type of resource, data processing system and disk connectivity information, service IP addresses for a service IP address types of resource, data processing systems where applications are installed and configured, management policies, management rules, and resource dependency relationships; and cluster system status information such as status of data processing systems, status of networks, status of network interface cards, status of shared disks, status of applications, and status of event processing. A configuration object may also contain rules for adding/modifying/deleting data processing systems, networks, network interface cards, shared disks, resource groups, and resources, as well as rules for evaluating resource dependency.

FIGS. 2B through 2H illustrate replication of status and performance information for a given data processing system within a resource group. As shown in FIG. 2B, data processing system **202** is a member of resource group **220**. Accordingly, configuration and status information for data processing system **202** is replicated among other data processing systems within the resource group, including data processing systems **208** and **214**. The configuration object for any application managed by data processing system **202** lists data processing systems **202**, **208**, and **214** as owners within an owner list associated with the configuration object. Data processing system **214** is also a member of resource group **220**, and therefore configuration and status information for data processing system **214** is also replicated to data processing systems **202** and **208**, and configuration objects for applications managed by data processing system **214** list data processing systems **202**, **208**, and **214** as owners.

FIGS. 2C and 2D similarly illustrate replication of configuration information for data processing systems **204** and **216** of resource group **222** and data processing systems **206** and **218** of resource group **224**, respectively. Configuration and status information for data processing systems **204** and **216** are replicated on each of data processing systems **204**, **210**, and **216**, while configuration and status information for data processing systems **206** and **218** are replicated on each of data processing systems **206**, **212**, and **218**. Applications managed by data processing system **204** or **216** have a configuration object owners list including data processing systems **204**, **210**, and **216**, and the configuration objects themselves are replicated to each of data processing systems **204**, **210**, and **216**. Similarly, applications managed by data processing system **206** or **218** have a configuration object owners list designating data processing systems **206**, **212**, and **218** as owners with the configuration objects replicated to each of data processing systems **206**, **212**, and **218**.

FIG. 2E illustrates replication of information where a data processing system **208** belongs to two or more overlapping resource groups **220** and **226**. Configuration and status information for data processing system **208** is replicated to each data processing system belonging to at least one resource group including data processing system **208**, which includes resource groups **220** and **226** and therefore data processing systems **202**, **210**, **212**, and **214**. Configuration objects for applications managed by data processing system **208** have an owners list including each of the data processing systems belonging to a corresponding resource group, and are replicated to each of those data processing systems. Thus, for example, an application managed by data processing system **208** which is part of resource group **220** has a configuration object owners list identifying data processing systems **202**, **208**, and **214** as owners. The configuration object for that application is replicated on data processing systems **202**, **208**, and **214**. An application managed by data processing system **208** which is instead part of resource group **226** has a configuration object owners list identifying data processing systems **208**, **210**, and **212** as owners, with the configuration object for mat application is being replicated on data processing systems **208**, **210**, and **212**

FIGS. 2F and 2G similarly illustrate replication of configuration information for data processing systems **210** and **212** belonging to two or more resource groups, groups **222** and **226** and groups **224** and **226** respectively. Configuration and status information for data processing system **210** is replicated among data processing systems **204**, **208**, **212**, and **216**, while configuration and status information for data processing system **212** is replicated on data processing systems **206**, **208**, **210**, and **218**. Configuration objects for applications managed by data processing system **210** which are part of resource group **222** have an associated owners list including data processing systems **204**, **210**, and **216** and are replicated to those data processing systems; configuration objects for

applications managed by data processing system **210** which form part of resource group **226** have an associated owners list including data processing systems **208**, **210**, and **212** and are replicated to those data processing systems. Configuration objects for applications managed by data processing system **212** which are part of resource group **224** have an associated owners list including data processing systems **206**, **212**, and **218** and are replicated to those data processing systems; configuration objects for applications managed by data processing system **212** which form part of resource group **226** have an associated owners list including data processing systems **208**, **210**, and **212** and are replicated to those data processing Systems.

Each configuration object/database record for a resource group is replicated only to data, processing systems within the associated list of owners for the configuration object since that is where the information is most frequently employed. No data processing system in a very large cluster contains configuration and status information for all data processing systems in the entire cluster, except in the unlikely circumstance that an application utilizes all data processing systems in the cluster. In such an event, a configuration object for the application may have an owner list including all data processing systems in the cluster.

Unlike the configuration objects/database records for a resource group, the configuration and status information for a given data processing system is replicated to every data processing system within its sphere of influence (i.e. those data processing systems which form part of at least one resource group with the subject data processing system and therefore might be influenced by failure of the subject data processing system). Thus, for example, data processing systems **202** and **214** each have a sphere of influence **228** depicted in FIG. 2B including data processing systems **202**, **208**, and **214**; data processing systems **204** and **216** each have a sphere of influence **230** depicted in FIG. 2C including data processing systems **204**, **210**, and **216**; data processing systems **206** and **218** each have a sphere of influence **232** depicted in FIG. 2D including data processing systems **206**, **212**, and **218**; data processing system **208** has a sphere of influence **234** depicted in FIG. 2E including data processing systems **202**, **208**, **210**, **212**, and **214**; data processing system **210** has a sphere of influence **236** depicted in FIG. 2F including data processing systems **204**, **208**, **210**, **212**, and **216**; and data processing system **212** has a sphere of influence **238** depicted in FIG. 2G including data processing systems **206**, **208**, **210**, **212**, and **218**.

When an event such as a data processing system failure occurs within a cluster configured for partial replication of configuration and status information in accordance with the present invention, only the resource groups which have the failed data processing system as an owner are affected. Necessary recovery actions are coordinated among all owners on a group by group basis. By allowing a designated list of associated owners and only those owners manage a configuration object/database record, a very large cluster is effectively managed as a collection of autonomous groups which run in parallel.

The complexity of managing a resource group having M data processing systems is $M^2$, and since M is usually much, smaller than the size N of a large cluster, significant performance improvements may be achieved both in replicating a configuration and status database and in access information in a database distributed among the M data processing systems. The response time for managing System events is significantly faster since the complexity of cluster system management has been reduced by a factor of $(M/N)^2$. With the



approach of the present invention, both the number of messages transmitted in a two-phase commit protocol to update a configuration and status database and the database access time are reduced significantly by involving only a subset of data processing systems within the cluster.

A separate, cluster configuration database may be implemented on top of the resource group configuration database. The cluster configuration database would be replicated to all data processing systems within the cluster and contain cluster configuration and status information regarding networks, data processing systems, cluster system events, etc.

The partitioning of the nine-node example depicted in FIGS. 2A-2H in accordance with the present invention will result in a seven different configuration databases. A simplified example of the configuration database managed by node group **228** would be:

```
ha_resource_groups{
    ha_resource_group = ha_resource_group_220
    current_computer_id = 202;
}
computers{
    computer_id = 202
    recovery_status = "up";
    computer_id = 214
    recovery_status = "up";
}
```

A simplified example of the configuration database managed by node group **230** would be:

```
ha_resource_groups{
    ha_resource_group = ha_resource_group_222
    current_computer_id = 204;
}
computers{
    computer_id = 204
    recovery_status = "up";
    computer_id = 216
    recovery_status = "up";
}
```

A simplified example of the configuration database managed by node group **232** would be:

```
ha_resource_groups{
    ha_resource_group = ha_resource_group_224
    current_computer_id = 206;
}
computers{
    computer_id = 206
    recovery_status = "up";
    computer_id = 218
    recovery_status = "up";
}
```

A simplified example of the configuration database managed by node group **240** would be:

```
ha_resource_groups{
    ha_resource_group = ha_resource_group_226
    current_computer_id = 208;
}
computers{
```

-continued

```
        computer_id = 208
        recovery_status = "up';
    }
```

A simplified example of the configuration database managed by node group **234** would be:

```
computers{
    computer_id = 208
    recovery_status = "up";
}
```

A simplified example of the configuration database managed by node group **236** would be:

```
computers{
    computer_id = 210
    recovery_status = "up";
```

And finally, a simplified example of the configuration database managed by node group **238** would be:

```
computers{
    computer_id = 212
    recovery_status = "up";
}
```

As an example of recovery is such a partitioned system, suppose node **208** should fail. The recovery_status of node **208** is modified to 'down' by the remaining group members of group **234**, which includes nodes **202**, **214**, **210**, and **212**. The resulting configuration database for node group **234** is:

```
computers{
    computer_id = 208
    recovery_status = "down";
}
```

The application ha_resource_group_**226**, which was running on node **208** must be restarted on some other node. This application is managed by resource group **240** and therefore may be restarted on either node **210** or node **212**. If node **210** is selected by the two remaining nodes in resource group **240** to run ha_resource_group_**226**, the resulting configuration database for node group **240** would be:

```
ha_resource_groups{
    ha_resource__group = ha_resource_group_226
    current_computer_id = 210;
}
```

As an example of quorum condition within resource groups, supposed the entire nine-node cluster is restarted and initially only nodes **202** and **208** are up and running. The application ha_resource_group_**220**, which is managed by group **228**, has reached quorum condition. Nodes **202** and **208** may determine between themselves which node should run ha_resource_group_**220**. This approach allows ha_resource_group_**220** to run without compromising data integrity even though the cluster as a whole does not have quorum—i.e. only 2 nodes are up among the total of nine nodes. The application ha_resource_group_**226**, on the other hand, which is managed by group **240**, has one node (node **208**) within the group, and therefore does not have quorum condition.

The partial replication management approach of the present invention also handles catastrophes such as network partitions better than a centralized or fully replicated scheme. With partial replication of configuration and status information only among resource group owners, each resource group within a cluster may provide services if more than one half of the data processing systems within the corresponding owner list are online. Therefore, a cluster with partial replication of configuration information may continue to provide reliable services even if broken into small pieces, each much smaller than a quorum of all data processing systems in the cluster.

By partitioning the configuration database and allowing each sub-cluster of servers to manage their configuration, a sub-cluster of servers may start providing services when it reaches "quorum," which may occur before the cluster as a whole reaches quorum. The "quorum" of resource group nodes which must be online need not necessarily be a majority of the node in the resource group, provided that at least one service may be reliably provided by the resource group. Furthermore, it may happen that the cluster may not be able to reach quorum if, for example, multiple failures occur, fix such a case, sub-clusters may continue to provide their services as long as they have quorum. This is an advantage accompanying the partial replication method of the present invention, which associates quorum condition with each resource group while existing schemes associate quorum with the cluster as a whole.

Recovery actions and load balancing are performed by servers in each resource group on a per group basis. In other words, the resource allocation decisions are made by servers within a resource group. When multiple resource groups share one or more servers in common, race conditions may occur if resource allocation decisions are not coordinated. For example, FIG. 2A shows a cluster which contains four resource groups, with resource groups **220** and **226** sharing common server **208**, resource groups **222** and **226** snaring common server **210**, and resource groups **224** and **226** sharing common server **212**. Some coordination of load allocation by the resource group managers for these resource groups should be provided.

Resource groups which share one or more servers in common must also share configuration and status information and also coordinate their resource allocation decisions. This is achieved by requiring those servers that are common to both resource groups to serialize resource allocation decisions of both groups. For example, as shown in FIG. 2E, server **208** with sphere of influence **234** is responsible for replicating configuration and status information of resource groups **220** and **226** to each other. Server **208** is also responsible for serializing resource allocation decisions of the two resource groups.

With reference now to FIG. **3**, a high level flowchart for a process of replicating configuration and status information within a cluster containing resource groups in accordance with a preferred embodiment of the present invention is depicted. The process begins at step **302**, which illustrates a change in configuration or status data for a resource within the cluster system. The process then passes to step **304**, which depicts a determination of whether the change is a "cluster-

level" change, or a change which should be replicated throughout the cluster system. Some changes in configuration and status information—e.g., failure or reintegration of a node—should be replicated throughout the entire cluster system. For example, if a node is added to the cluster system, all pre-existing nodes, regardless of which resource groups contain the nodes, should be updated to reflect that addition. If the configuration and status information change is a cluster level change, the process proceeds to step **306**, which illustrates replicating the change throughout the cluster system

If the configuration and status information change is not a cluster-level change, the process proceeds instead to step **308**, which depicts replicating the change among the node within the resource group affected by the change. Configuration and status information changes which affect only an application or the associated resource group need only be replicated throughout the resource group. A resource group manager, which may simply be the node within the resource group currently having the highest precedence, is utilized to insure proper replication of the configuration and status information change.

The process next passes to step **310**, which illustrates a determination of whether a node within the resource group is shared with another resource group. If so, the process proceeds to step **312**, which depicts replicating the configuration and status change to all nodes within the other resource group or groups. The node or nodes shared by the different resource groups are responsible for insuring proper replication. In this respect, interlocking resource groups within the cluster system are undesirable since it requires additional replication of configuration and status information. Further replication is not necessary, however, so that the change need not be replicated to resource groups within the cluster system which have no nodes in common with the resource group affected by the change.

Once the information is fully replicated among all nodes within the affected resource group or resource groups having at least one node in common with the affected resource group, or if the affected resource group does not include any nodes shared with another resource group, the process proceeds to step **314**, which illustrates the process becoming idle until a subsequent configuration and status information change is detected.

Referring to FIG. **4**, a high level flowchart for a process of handling node failure within a cluster system including resource groups in accordance with a preferred embodiment of the present invention is illustrated. The process begins at step **402**, which depicts failure of a node within a resource group. The process then passes to step **404**, which illustrates a determination of whether a "quorum" of the resource group (or resource groups, if the failed node was shared) are available. As described above, the quorum need not be a majority, as long as sufficient resources are available within the resource group to reliably provide the service or services for which the resource group is defined.

If a quorum of nodes within the resource group is available, the process proceeds to step **406**, which depicts continuing providing services utilizing available nodes. Some reallocation of resources may be necessary. The process then passes to step **408**, which illustrates a determination of whether the failed node has been restored. If not, the process simply returns to step **408**. If so, however, the process proceeds to step **410**, which depicts reintegrating the node and reallocating resources as necessary.

Referring again to step **404**, if a quorum of nodes is not available, the process proceeds instead to step **412**, which illustrates suspending services from the affected resource group. The process then passes to step **414**, which depicts a determination of whether the failed node has been restored. As described above, if the failed node has not yet been restored, the process simply returns to step **414**. Once the failed node is restored, however, the process proceeds to step **416**, which illustrates reintegrating the node and resuming services from the resource group affected. From either of steps **410** or **416**, the process passes to step **418**, which depicts the process becoming idle until another node failure occurs.

The present invention makes use of the localization feature of a large-scale cluster system to decompose the large-scale full replication problem into a set of fully replicated subcluster systems. Records are only replicated to those data processing systems which need that piece of configuration information. Such partial replication reduces the costs of replication and data manipulation significantly. The cost increase only as a function of the number of data processing systems within a resource group, not as a function of the total number of data processing systems. Thus the management scheme of the present invention is highly scalable and applicable to very large cluster systems having in excess of 1,000 data processing systems.

It is important to note that while the present invention has been described in the context of a fully functional cluster multi-processing system, those skilled in the art will appreciate that the mechanism of the present invention is capable of being distributed in the form of a computer readable medium of instructions in a variety of forms, and that the present invention applies equally regardless of the particular type of signal bearing media used to actually carry out the distribution. Examples of computer readable media include: nonvolatile, hard-coded type media such as read only memories (ROMs) or erasable, electrically programmable read only memories (EEPROMs), recordable type media such as floppy disks, hard disk drives and CD-ROMs, and transmission type media such as digital and analog communication links.

While the invention has been particularly shown and described with reference to a preferred embodiment, it will be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention.

The invention claimed is:

**1**. A computer program product, comprising:

a non-transitory computer-readable storage medium; and

instructions stored in the non-transitory computer-readable storage medium that, when executed, cause a data processing system to perform:

defining a subset of data processing systems within a network as a resource group, wherein a given data processing system may be a member of more than one resource group;

defining configuration data for the resource group, said defining including instantiating a configuration object containing configuration and status information for a highly available application corresponding to the resource group and having an associated list of data processing systems within the resource group; and

replicating the configuration data only on each data processing system within the resource group.

**2**. The computer program product of claim **1**, wherein the instructions defining configuration data further comprises:

defining a plurality of resource groups for each highly available application within the network, each resource group including all data processing systems managing the corresponding highly available application.

3. The computer program product of claim 1, wherein defining a subset of data processing systems includes defining each data processing system in the network designated to manage the highly available application as belonging to the resource group.

4. The computer program product of claim 1, wherein replicating the configuration data includes replicating the configuration object on each data processing system identified in the associated list.

5. The computer program product of claim 1, wherein replicating the configuration data includes replicating, on a



given data processing system, a respective configuration object for each resource group including the given data processing system.

6. The computer program product of claim 1, wherein the instructions further cause a data processing system to perform:

maintaining, on a given data processing system, a configuration object for each resource group including the given data processing system and no configuration objects for other resource groups.

* * * * *

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John Kronstadt and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

**CV11- 8059 JAK (AGRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>**312 N. Spring St., Rm. G-8**<br>**Los Angeles, CA 90012** | [_] **Southern Division**<br>**411 West Fourth St., Rm. 1-053**<br>**Santa Ana, CA 92701-4516** | [_] **Eastern Division**<br>**3470 Twelfth St., Rm. 134**<br>**Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address: Nate L. Dilger (Bar No. 196203)
Joseph K. Liu (Bar No. 216227)
William J. O'Brien (Bar No. 99526)
ONE LLP
4000 MacArthur Blvd., W. Twr., Ste. 1100
Newport Beach, CA 92660 Tel: 949-502-2870

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLUECAT NETWORKS (USA) INC. PLAINTIFF(S) v. | CASE NUMBER **CV11-08059 JAK (AGRx)** |
| INFOBLOX, INC., DEFENDANT(S). | **SUMMONS** |

TO: DEFENDANT(S): INFOBLOX, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Joseph K. Liu of ONE LLP, whose address is 4000 MacArthur Boulevard, West Tower, Suite 1100, Newport Beach, CA 92660. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: SEP 28 2011

By: ROLLS ROYCE PASCHAL
Deputy Clerk

(*Seal of the Court*) 1144

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STAT[illegible] DISTRICT COURT, CENTRAL DISTRIC[illegible] F CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| BLUECAT NETWORKS (USA) INC. | INFOBLOX, INC. |
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Nate L. Dilger; Joseph K. Liu, William J. O'Brien<br>ONE LLP, 4000 MacArthur Blvd., W Twr, Ste 1100, Newport Beach, CA 92660<br>Tel: 949-502-2870 Fax: 949-258-5081 | Attorneys (If Known)<br>Charlene M. Morrow, Todd R. Gregorian; FENWICK & WEST LLP, Silicon Valley Cntr, 801 California St., Mountain View, CA 94014 Tel: 650-988-8500<br>Teresa M. Corbin; FENWICK & WEST LLP, California St., Ste. 1200,<br>San Francisco, CA 94104 Tel: 415-875-2300 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES -** For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No ☑ **MONEY DEMANDED IN COMPLAINT: $** To be determined.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Patent Infringement (35 U.S.C. §§ 1, et seq.)

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

**TORTS — PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/ Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE / PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☑ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: **CV11-08059 JAK (AGRx)**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STAT DISTRICT COURT, CENTRAL DISTRIC F CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): SACV10-01962 JVS (MANx)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☑ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Santa Clara County |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] **Date** September 28, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |